[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
3/31/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Elizabeth Gonzalez )
) Case Number: **20CV2111**
v. Janet Dhillon, Chair, )
United States Equal Employment )
Opportunity Commission )
) Judge:
Defendant(s )

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Elizabeth Gonzalez**, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.) Northwestern University Bluhm Legal Clinic, CAR Pool, Chicago Lawyers Committee for Civil Rights, MALDEF, Kent College of Law, University of Chicago Law School - Legal Clinic, Legal Aid Foundation, Equip for Equality, American Civil Liberties Union, Caffarelli & Associates, Ltd., Paul Strauss (Attorney).

   but I have been unable to find an attorney because: Legal Clinics; not taking new cases, not taking employment cases, they don't have enough resources/attorneys. Private attorneys; It's a conflict of interest, can't help me, $10,000. retainer fee to start the case. I'm unemployed and living in poverty; I can't afford a private attorney.

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR

   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

   ☐ Grammar school      ☐ Some high school      ☐ High school graduate
   ☑ Some college        ☐ College graduate       ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_Elizabeth Gonzalez_
Signature of Movant

_5944 South Tripp Avenue_
Street Address

_03/30/2020_
Date

_Chicago, IL 60629_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]