# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elizabeth Gonzalez

                Plaintiff,

v.                                          Case No.: 1:20−cv−02111
                                          Honorable Matthew F. Kennelly

Janet Dhillon

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2020:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to proceed in forma pauperis is granted [4] [5]. Plaintiff's motion for attorney representation is denied without prejudice [6], as it is too early to determine if plaintiff can reasonably prosecute the case on her own. The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process and, specifically, is directed to complete and return any forms sent by the Clerk to assist the Marshal in serving process on the defendant. The case is set for a status hearing on 8/10/2020 at 9:15 a.m. The status hearing will be conducted by telephone using the following call−in number: 888−684−8852, access code 746−1053. Plaintiff must call in for the status hearing. If she fails to do so, the case may be dismissed for want of prosecution. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.