## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elizabeth Gonzalez
                     Plaintiff,

v.                                           Case No.: 1:20−cv−02111
                                         Honorable Matthew F. Kennelly

Janet Dhillon
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/3/2020. Defendant's first, third, and fourth affirmative defenses are stricken with leave to amend by 9/17/2020. Plaintiff's oral motion for attorney representation is granted. By separate order, the Court will appoint counsel to represent plaintiff. A telephonic status hearing is set for 11/10/2020 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.