# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Elizabeth Gonzalez

                Plaintiff,

v.                                      Case No.: 1:20−cv−02111
                                              Honorable Matthew F. Kennelly

Janet Dhillon

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court appoints attorney Brian O'Connor Watson, Riley Safer Holmes & Cancila LLP, Three First National Plaza 70 W Madison St Suite 2900 Chicago, 60602 IL, bwatson@rshc−law.com to represent plaintiff in accordance with counsel's trial bar obligations under Local Rule 83.37 (N.D. Ill.). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.