UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 20 C 2111 |
| JANET DHILLON, Chair of the U.S. Equal ) | |
| Employment Opportunity Commission, and ) | Judge   Kennelly |
| the UNITED STATES EQUAL ) | |
| EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' PARTIAL MOTION TO DISMISS</u>**

Defendants Janet Dhillon, Chair of the U.S. Equal Employment Opportunity Commission, and the U.S. Equal Employment Opportunity Commission, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move to dismiss the U.S. Equal Employment Opportunity Commission as a defendant and to partially dismiss plaintiff Gonzalez's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons stated in defendants' concurrently filed memorandum in support.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Valerie R. Raedy
  VALERIE R. RAEDY
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-8694
  valerie.raedy@usdoj.gov