**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Elizabeth Gonzalez
                    Plaintiff,

v.                                              Case No.: 1:20−cv−02111
                                                           Honorable Matthew F. Kennelly

Janet Dhillon
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 8, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/8/2021. Oral ruling made regarding the defendant's motion to dismiss. The motion to dismiss [28] is denied with respect to the background check issue. Plaintiff's response to the motion to dismiss, regarding the SF 50 and the EEOC issues, is due 2/1/2021; defendant's reply is due 2/15/2021. Fact discovery is to be completed by 10/8/2021. The deadline for amending the pleadings and adding parties is 8/27/2021. Defendant's oral request to supplement their 12(b)(6) motion with an affidavit is denied. A telephonic status hearing is set for 3/15/2021 at 9:15 a.m. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.