# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ,<br><br>                                   Plaintiff,<br><br>    v.<br><br>JANET DHILLON, CHAIR; UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>                                  Defendants. | No. 1:20-cv-02111<br><br>Judge Matthew F. Kennelly |

## STIPULATION OF PARTIAL DISMISSAL

The parties stipulate, by their respective counsel and with each party to bear its own fees and costs, that (1) Defendant United States Equal Employment Opportunity Commission is voluntarily dismissed; (2) Plaintiff's claim related to standard form 50 (SF-50) is voluntarily dismissed; and (3) Defendants' Partial Motion to Dismiss [28] may be denied as moot.

Dated: February 1, 2021

Respectfully submitted,

/s/ Brian O. Watson
Brian O. Watson
Matthew E. Lee (pro hac vice to be filed)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
mlee@rshc-law.com
docketdept@rshc-law.com
*Attorneys for Elizabeth Gonzalez*

/s/ Valerie R. Raedy
Valerie R. Raedy
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694
valerie.raedy@usdoj.gov
*Attorneys for Janet Dhillon, United States Equal Employment Opportunity Commission*

## **CERTIFICATE OF SERVICE**

I certify that on February 1, 2021, these papers were filed using the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Brian O. Watson*