# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ,<br><br>          Plaintiff,<br><br> v.<br><br>JANET DHILLON, CHAIR; UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>          Defendants. | No. 1:20-cv-02111<br><br>Judge Matthew F. Kennelly |

## STIPULATION OF AMENDMENT AND DISMISSAL

The parties stipulate that Plaintiff may amend the Complaint in Case No. 1:20-cv-02111 to incorporate her claims made in Case No. 1:20-cv-07121. Further, the parties stipulate, by their respective counsel and with each party to bear its own fees and costs, that Plaintiff's Complaint in Case No. 1:20-cv-07121 is voluntarily dismissed.

Dated: March 31, 2021

*/s/ Brian O. Watson*
Brian O. Watson
Matthew E. Lee (pro hac vice to be filed)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
mlee@rshc-law.com
docketdept@rshc-law.com
*Attorneys for Elizabeth Gonzalez*

Respectfully submitted,

*/s/ Valerie R. Raedy*
Valerie R. Raedy
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694
valerie.raedy@usdoj.gov
*Attorneys for Janet Dhillon, United States Equal Employment Opportunity Commission*

1

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2021, these papers were filed using the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Brian O. Watson*
