UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>JANET DHILLON, CHAIR; UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>        Defendants. | No. 1:20-cv-02111<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Plaintiff, ELIZABETH GONZALEZ, by and through her attorneys, Riley Safer Holmes & Cancila LLP, and Defendant JANET DHILLON, through her counsel, and for this Joint Status Report the Parties state as follows:

The Parties are in the process of completing written discovery. Plaintiff has propounded and Defendant has responded to a first set of discovery requests. Defendant has produced documents responsive to Plaintiff's requests except for ESI related to the communications/emails of the people involved in this case. Defendant has made an internal request for this ESI and will produce this information once available. Defendant has propounded an initial set of discovery. Plaintiff is in the process of responding to this discovery. The Parties have met and conferred about this discovery since Plaintiff's personal situation related to domestic violence has delayed her ability to respond. After Plaintiff provides discovery responses to Defendant, Defendant will seek Plaintiff's medical records.

At this time, the Parties have identified the following individuals most likely to be deposed in no particular order: Plaintiff Elizabeth Gonzalez, Tyrone Irvin, Patricia Jaramillo,

1

Julianne Bowman, Kimberly Engram, and Jose Romo. These witnesses are represented by counsel for the Parties.

The Parties have been working diligently to progress with fact discovery. Currently, the parties do not anticipate a need for an extension of any court deadlines, pending Plaintiff's personal circumstances.

| | |
|---|---|
| Dated: June 24, 2021 | Respectfully submitted, |
| /s/ Brian O. Watson | /s/ Valerie R. Raedy |
| Brian O. Watson | Valerie R. Raedy |
| Matthew E. Lee | Assistant United States Attorney |
| RILEY SAFER HOLMES & CANCILA LLP | 219 South Dearborn Street |
| 70 W. Madison Street, Suite 2900 | Chicago, Illinois 60604 |
| Chicago, Illinois 60602 | (312) 353-8694 |
| (312) 471-8700 | valerie.raedy@usdoj.gov |
| bwatson@rshc-law.com | *Attorneys for Janet Dhillon, United States* |
| mlee@rshc-law.com | *Equal Employment Opportunity Commission* |
| docketdept@rshc-law.com | |
| *Attorneys for Elizabeth Gonzalez* | |

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2021, these papers were filed using the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Brian O. Watson*

4819-6997-2208, v. 1