UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>JANET DHILLON, Chair of the United States Equal Employment Opportunity Commission,<br><br>        Defendant. | No. 1:20-cv-02111<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

  Plaintiff, ELIZABETH GONZALEZ, by and through her attorneys, Riley Safer Holmes & Cancila LLP, and Defendant JANET DHILLON, through her counsel, and for this Joint Status Report the Parties state as follows:

  The Parties are in the process of completing written discovery. After briefing defendant's motion to dismiss and consolidating a later-filed case, No. 20 C 7121 (N.D. Ill.), plaintiff filed the operative complaint on March 31, 2021, and defendant answered on April 9, 2021,. Plaintiff has propounded and Defendant has responded to a first set of discovery requests. Defendant has produced documents responsive to Plaintiff's requests except for ESI related to the communications/emails of the people involved in this case. Defendant has made an internal request for this ESI and will produce this information once available. COVID-19 and internal agency turnover has delayed Defendant's ability to produce this ESI.

  Defendant has propounded an initial set of discovery. Plaintiff is in the process of responding to this discovery. The Parties have met and conferred about this discovery since Plaintiff's personal situation related to domestic violence has delayed her ability to respond. Since the last Joint Status Report, Plaintiff has been able to gather relevant documents to her case

1

and is in the process of responding to Defendant's discovery requests and progress is being made.

At this time, the Parties have identified the following individuals most likely to be deposed in no particular order: Plaintiff Elizabeth Gonzalez, Tyrone Irvin, Patricia Jaramillo, Julianne Bowman, Kimberly Engram, and Jose Romo. These witnesses are represented by counsel for the Parties. In addition, defendant expects to depose several of plaintiff's treaters that will be identified after reviewing plaintiff's medical records.

The Parties have been working diligently to progress with fact discovery. Nevertheless, Plaintiff's home situation and COVID-19 have caused delays outside of the parties' control. And the parties have concurrently filed a joint motion to extend fact discovery.

| | |
|---|---|
| Dated: August 12, 2021 | Respectfully submitted, |
| s/ Brian O. Watson | JOHN R. LAUSCH, Jr. |
| Brian O. Watson | United States Attorney |
| Matthew E. Lee | |
| RILEY SAFER HOLMES & CANCILA LLP | By: s/ Valerie R. Raedy |
| 70 W. Madison Street, Suite 2900 | VALERIE R. RAEDY |
| Chicago, Illinois 60602 | Assistant United States Attorney |
| (312) 471-8700 | 219 South Dearborn Street |
| bwatson@rshc-law.com | Chicago, Illinois 60604 |
| mlee@rshc-law.com | (312) 353-8694 |
| docketdept@rshc-law.com | valerie.raedy@usdoj.gov |
| *Attorneys for Elizabeth Gonzalez* | *Attorney for the United States Equal Employment Opportunity Commission* |