UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 C 2111 |
| | ) | |
| CHARLOTTE A. BURROWS, Chair of the U.S. Equal Employment Opportunity Commission,[1] | ) ) ) | Judge Kennelly |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Elizabeth Gonzalez, by her appointed *pro se* attorneys, Riley Safer Holmes & Cancila LLP, and defendant Charlotte A. Burrows, Chair of the U.S. Equal Employment Opportunity Commission, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, provide the following joint status report pursuant to the Court's October 19, 2021 minute entry, Dkt. 57, as follows:

1. This employment discrimination case alleges that plaintiff Elizabeth Gonzalez, a former probationary-period employee of the EEOC, was constructively terminated due to disability discrimination.

2. Plaintiff has completed written discovery. She does not intend to serve additional written discovery, has responded to all requests by Defendant, and will supplemental if/as required.

3. Defendant has responded to plaintiff's written discovery and completed its first production, USA-Gonzalez 1 - 3214. Defendant will provide its second production to respond to

---

[1] Janet Dhillon is no longer the Chair of the United States Equal Employment Opportunity Commission, and the current Chair is now Charlotte Burrows. By automatic operation of the Federal Rule of Civil Procedure 25(d), the current chair is substituted in for the previous chair.

plaintiff's ESI requests in pdf format tomorrow, November 2, 2021, and the same production in load file format by the end of this week. Due to the size of the production, the production has taken multiple hours today to process (unanticipated by defendant) and is currently still processing, causing a 1-day delay of defendant's delivery to plaintiff. Defendant has served written discovery and received plaintiff's responses and corresponding production. Defendant will supplement as needed.

4. Plaintiff served the eight additional subpoenas for medical records (*see* Dkt. 53) in compliance with the Court's October 9, 2021 order (Dt. 54).

5. The parties have met and conferred about the following depositions:

| Witness | Requesting Party | Status |
|---|---|---|
| Plaintiff Gonzalez | Defendant | Plaintiff is available for deposition on November 30 or December 1, 2, or 3 beginning at 10:00 a.m. at Riley Safer Holmes & Cancila LLP and/or by remote means. |
| Tyron Irvin, EEOC employee | Plaintiff | Defense counsel will produce Mr. Irvin for deposition on December 1 beginning at 10:00 a.m. at the U.S. Attorney's Office and/or by remote means. |
| Julianne Bowman, EEOC employee | Plaintiff | Defense counsel will produce Ms. Bowman for deposition on December 3 beginning at 10:00 a.m. at the U.S. Attorney's Office and/or by remote means. |
| Patricia Jaramillo, EEOC employee | Plaintiff | Defense counsel will produce Ms. Jaramillo for deposition on December 2 beginning at 10:00 a.m. at the U.S. |

| | | |
|---|---|---|
| | | Attorney's Office and/or by remote means. |
| EEOC 30(b)(6) | Plaintiff | Plaintiff sent a 30(b)(6) Notice of Deposition to defendant on November 1, 2021. Defense counsel will work with the agency to identify its 30(b)(6) witness and provide plaintiff's counsel with available dates prior to the close of fact discovery. |
| Jose Romo, EEOC employee/Union representative | Plaintiff | Plaintiff's counsel will subpoena this witness for deposition on November 30, 2021. |
| Kimberley Engram, EEOC employee/Union representative | Plaintiff | Plaintiff's counsel will subpoena this witness for deposition on November 30, 2021. |
| Omar Guzman, LCSW | Defendant | Defense counsel will subpoena this witness for deposition on November 29, 2021. |
| Deana Gaston, LCSW, Psychotherapist | Defendant | Defense counsel will subpoena this witness for deposition on November 29, 2021. |
| Lois Kenyon-Severson Employee Assistance and Work/Life Programs | Defendant | Defense counsel will subpoena this witness for deposition on November 29, 2021. |
| Individuals who lived with plaintiff during the relevant time period (Dec 2014 to Nov 2015) who have not yet been identified but will be at plaintiff's deposition | Defendant | Defendant will subpoena these witnesses for deposition after they have been identified at plaintiff's deposition. |
| Plaintiff's treating physicians identified after receiving plaintiff's medical records. Plaintiff identified 14 treating physicians in her initial disclosures. It is highly | Defendant | Defendant will subpoena relevant treating physicians after defense counsel has received the subpoenaed medical records. Defense counsel has not yet received |

| | | |
|---|---|---|
| unlikely that defense counsel will need to depose all 14 but cannot determine who to depose until defense counsel can review plaintiff's medical records. Defense counsel has not yet received plaintiff's medical records. | | any medical records. |

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s Matthew E. Lee
   Brian O. Watson
   Matthew E. Lee
   RILEY SAFER HOLMES & CANCILA LLP
   70 W. Madison Street, Suite 2900
   Chicago, Illinois 60602
   (312) 471-8700
   bwatson@rshc-law.com
   mlee@rshc-law.com
   docketdept@rshc-law.com

By: /s Valerie R. Raedy
   VALERIE R. RAEDY
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-8694
   valerie.raedy@usdoj.gov

4867-9015-9105, v. 1