UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ, | ) |
|       Plaintiff, | ) |
| v. | ) No. 20 C 2111 |
| CHARLOTTE A. BURROWS, Chair of the U.S. Equal Employment Opportunity Commission,[1] | ) Judge Kennelly |
|       Defendant. | ) |

**JOINT STATUS REPORT**

The parties, by their undersigned attorneys, provide the following joint status report pursuant to the court's December 22, 2021 minute entry, Dkt. 61, as follows:

1. This employment discrimination case alleges that plaintiff Elizabeth Gonzalez, a former probationary employee of the EEOC, was constructively terminated due to disability discrimination.

2. The parties are on track to complete fact discovery by the court's deadline of February 22, 2022. Plaintiff has been deposed, as well as the three main EEOC witnesses, one of which served as a Rule 30(b)(6) witness as well. Two of plaintiff's union representatives are under subpoena, and the parties are working together to work with the union to schedule those depositions. The parties are also working to schedule a 30(b)(6) deposition related to the EEOC policies. The parties are on track to complete fact discovery by the current deadline.

3. Defendant is requesting a summary judgment briefing schedule at the end of fact

---

[1] Current EEOC Chair Charlotte Burrows is automatically substituted for former Chair Janet Dhillon under Fed. R. Civ. P. 25(d)..

discovery. The parties have agreed to the following summary judgment briefing schedule, if amenable to the court:

a. Defendant to file its brief on or before April 22, 2022 (AUSA Raedy has a week-long trial and other significant, unavoidable commitments between the close of discovery and then)

b. Plaintiff to file her response brief on or before 30 days after Defendant files its brief.

c. Defendant to file its reply on or before two weeks after Plaintiff files her response brief.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

  /s Matthew E. Lee  
BRIAN O. WATSON
MATTHEW E. LEE
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
mlee@rshc-law.com

By:  /s Valerie R. Raedy  
VALERIE R. RAEDY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694
valerie.raedy@usdoj.gov