# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 C 2111 |
| | ) | |
| CHARLOTTE A. BURROWS, Chair of the | ) | Judge Kennelly |
| U.S. Equal Employment Opportunity | ) | |
| Commission,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PATRICK DEWOLF

I, Patrick DeWolf, state as follows:

1.      I have been employed by the EEOC since January 2008. I am currently the Program Manager for the Information Intake Group (IIG). In late 2014 through 2015, my position was Supervisor Program Analyst (manager of the IIG unit). My job included responsibility for the overall performance and quality of the IIG program. As part of my job, I would review staffing coverage, call and email volumes and IIR performance. Although the IIRs did not report to me directly, my management team would share IIR performance metrics with site supervisors so they could share and work with their staff efficiently.

2.      The IIG is the Agency's "front line" (*i.e.*, first point of contact) for members of the public who use the Agency's toll-free number and e-mail address to contact the Agency with general inquiries. The IIG receives approximately 500,000 to 600,000 phone calls and 25,000

---

[1] Current EEOC Chair Charlotte Burrows is automatically substituted for former Chair Janet Dhillon under Fed. R. Civ. P. 25(d).

emails annually. Using an extensive knowledge database, Intake Information Representatives (IIRs) respond to these calls and e-mails.

3.      IIRs are primarily responsible for obtaining information from individual callers to determine if the harm claimed by the individual is within the Agency's jurisdiction. If it is, the IIR provides the caller with an Intake Questionnaire and instructions regarding how to submit the form to the appropriate Agency field office for processing. If the alleged harm is not within the Agency's jurisdiction, the IIR tries to provide the caller with information regarding other possible sources of assistance. The IIGs goal is to answer as many calls and emails and quickly as possible.

4.      Attendance is critical for the IIG to perform well for the public. Due to our increasing volumes, we rely on IIR staff to be on duty at their approved shift days/times. Absenteeism greatly impacts this small group as we do not have a surplus of staff to use for backfilling those employees who are absent. When a staff member is absent, it means that it is that many more calls that the IIG will not be able to answer for that day. It also means longer wait times for even those that are able to get through. For a member of the public who is unable to get through to the EEOC, it could possibly mean a delay in obtaining critical information regarding their situation or potential charge filing. Absenteeism has one of the largest impacts on the service the IIG provides to the public. As with many private sector contact center companies, the EEOCs IIG does not have the mass labor pool to quickly pull from to cover those employees with attendance issues.

5.      In October 2015 the Agency hired five IIRs---Ms. Christy Bailey, Mr. Nicholas Boren, Ms. Nydia Washington, Ms. Susan Brewer and Ms. Tamara Turner---using the Schedule "A" hiring authority. These five individuals were referred to us by the National Telecommuting Institute (NTI). These individuals were hired with the understanding that they would be able to

2

telework from home 100% of the time as a reasonable accommodation. These five individuals reported directly to me. Although their specific disability was not shared with me, it was my understanding that they were related to severe mobility issues, thus the requirement to work 100% from home. This was the first time we had used NTI for such recruiting which was a different process than what we had used before through normal USAJOB posting.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America and to the best of my knowledge, information, and belief that the foregoing is true and correct.

Patrick De Wolf        Digitally signed by Patrick De Wolf
                        Date: 2022.04.22 09:36:33 -05'00'
_____
Patrick DeWolf


Executed on: _____

3