# Exhibit D

| EEOC | **DIRECTIVES TRANSMITTAL** | Number |
|------|---------------------------|--------|
| | | 550.007 |
| | | Date |
| | | 01-12-2006 |

**SUBJECT:** Leave Policies and Procedures (Change 5).

**PURPOSE:** This transmittal covers revisions to EEOC Order 550.007, Leave Policies and Procedures, dated March 1, 1986. This revised order consolidates updated leave regulations since this order was published to reflect the enactment of certain laws and amendments.

**EFFECTIVE DATE:** December 20, 2005.

**DISTRIBUTION:** EEOC Order 550.007 is distributed and available electronically on the Commission's intranet website, InSite, Directives/Order page.

**CURRENT CHANGES:** None.

**OBSOLETE DATA AND FILING INSTRUCTIONS:** This Order supersedes EEOC Order 550.007, Leave Policies and Procedures, dated March 1, 1986; Change 1, effective June 17, 1990; Change 2, effective May 4, 1994; Change 3, effective December 2, 1994; and Change 4, effective September 21, 1995.

Angelica E. Ibarguen
Chief Human Capital Officer
Office of Human Resources

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**  **EEOC ORDER NO.  550.007**
**WASHINGTON, D.C.  20507**  **January 12, 2006**

### HUMAN RESOURCES

### Compensation and Leave

1. **SUBJECT.  LEAVE POLICIES AND PROCEDURES**

2. **PURPOSE.**  This Order provides policy and procedures  related to leave administration at the EEOC.  Specific guidance for eligibility and procedures for payment of lump sum annual leave as well as restoration of annual leave is also contained herein.   The applicable Federal authorities for leave are found in 5 U.S.C. chapter 63, sub-chapters I and IV, 5 C.F.R. 351.606, and 5 C.F.R. part 630.  The provisions of this order are also in compliance with  5  U.S.C.  6323,  5  U.S.C.  3401,  32  U.S.C.  502-505,  the  Federal Employees Family Friendly Leave Act, 5 U.S.C. 6307, and the Family and Medical Leave Act of 1993, 5 U.S.C. 6381*, et. seq*.

3. **POLICY.**  Both bargaining unit and non-bargaining unit employees are subject to the guidance provided in this Order.  It is critical that leave related policy and procedures are consistently applied across the agency in accordance with applicable regulations and internal procedures.

4. **EFFECTIVE DATE**.  December 20, 2005.

5. **ORIGINATOR**.  Office of Human Resources.

6. **RESPONSIBILITIES.**

   a. **The Chair** retains authority to review and approve the use of leave and associated procedures in EEOC offices.  This authority may be delegated to Office Directors and senior managers at the Chair's discretion. The Chair is responsible for:

      (1) Approving Leave Without Pay requests exceeding six months in duration; and

      (2) Approving Excused absences in excess of 30 days.

   b. **The Chief Human Capital Officer** is responsible for:

    (1)    Developing policy and overall technical guidance and direction, monitoring compliance, and making recommendations to the Chair regarding leave policy and usage in the agency;

    (2)    Issuing an annual notice to employees regarding use or lose leave;

    (3)    Approving or disapproving requests for restoration of annual leave;

    (4)    Approving or disapproving requests for extended leave-without-pay in excess of 30 days up to 6 months in accordance with the provisions of Appendix F of this order;

    (5)    Approving or disapproving requests for excused absences from 6 to 30 days.

    (6)    Providing guidance and advisory services to managers, supervisors, field Human Resource Specialists and employees on their responsibilities on leave issues under this Order.

c.    **Field Human Resource Specialists/Administrative Officers** are responsible for providing advice and guidance to managers and supervisors in their Offices on the provisions of this Order.

d.    **District and Office Directors** are responsible for oversight of leave usage in their respective organizations, the documentation and certification of any exigency of the public business for their subordinate employees, and review and approval of:

    (1)    Advance annual leave not to exceed the amount of such leave that will be earned during the current leave year;

    (2)    Advance sick leave, up to a maximum cumulative total of 240 hours in accordance with Appendix C, 6;

    (3)    LWOP of more than 10 work days and extensions thereof not to exceed a total 30 days in accordance with the provisions of Appendix F of this order;

    (4)    Excused absences not to exceed 5 days in accordance with of Appendix H below;

     (5)     Military leave; and

     (6)     Court leave.

Office and District Directors may assign responsibility in writing for all or part of the above responsibilities to subordinate supervisors.

e.     **Supervisors** are responsible for:

     (1)     Adhering to the policies outlined in this Order, and for bargaining unit employees, as described in the Collective Bargaining Agreement;

     (2)     Promptly notifying or making every attempt to notify employees of any cancellation of approved leave in sufficient time to allow the employee to reschedule use of his/her leave, and

     (3)     Reviewing and approving/denying:

          (a)     All accrued and accumulated annual leave;

          (b)     All accrued and accumulated sick leave;

          (c)     LWOP not to exceed 10 workdays; and

          (d)     Excused absences for short periods of less than 4 hours.

     (4)     Assuring the accuracy of all time and attendance records and supporting documents of their employees.

f.     **Timekeepers** are responsible for:

     (1)     Maintaining all time and attendance records and backup materials of serviced employees for five leave years;

     (2)     Notifying the supervisor when an employee's leave balances are low to avoid erroneous leave advancements;

     (3)     Assuring all leave is properly coded and that required supporting documentation is present;

        (4)     Transferring all leave records of reassigned employees, after the supervisor's certification, to the new supervisor; and

        (5)     Verifying the completeness and accuracy of records received for reassigned or transferred employees.

   g.    **Employees** are responsible for:

        (1)     Following the policies in this Order, the Collective Bargaining Agreement as it applies to bargaining unit employees, and the procedures for requesting and using leave described herein; and

        (2)     Monitoring and scheduling their use of annual leave to avoid its forfeiture.

**7.**    **COVERAGE.**  The provisions of the Order apply to all EEOC employees except:

   a.    The Chair, Vice Chair, Commissioners, and General Counsel;

   b.    Employees serving on an intermittent tour of duty; and

   c.    Employees serving without compensation or on a fee basis.

**8.**    **PLACEMENT ON LEAVE.**  Generally a supervisor may not place an employee on sick or annual leave or LWOP without his or her consent.  For this reason, the supervisor, as well as the employee, must know whether the employee has sufficient accrued leave for the category of leave (sick or annual) requested.  However, an employee may be placed on LWOP if he or she does not have sufficient sick or annual leave to cover an absence approved for illness or an emergency.  If there is any doubt as to the employee's request for leave, the supervisor will place the employee on Absence Without Leave (AWOL) until the category of leave usage is determined and subsequent adjustments made to the category of leave charged for the absence, as appropriate.

**9.**    **APPLICATION AND APPROVAL OF LEAVE.**  All leave requests will be made using OPM Form 71 (previously SF-71), Request for Leave.  Documentation for specific categories of leave will be provided by the employee as indicated by the applicable guidance to the situation.

**10.**   **RECORDS.**  The OPM Form 71, Application for Leave, and associated documentation for each leave period will be retained by the Timekeeper.  Records will be maintained for five leave years, after which they will be destroyed.

11.    LIST OF APPENDICES.

| Appendix | Title |
|---|---|
| A | Definitions |
| B | Annual Leave |
| C | Sick Leave |
| D | Military Leave |
| E | Court Leave |
| F | Leave Without Pay (LWOP) |
| G | Leave for Parental and Family Responsibilities including the Family Medical Leave Act |
| H | Excused Absences |
| I | Absence Without Leave (AWOL) |
| J | Voluntary Leave Transfer Program |
| K | Legal Holidays and Religious Observances |

**12.**    SUPPLY OF FORMS.  The forms prescribed in this Order are available electronically on the Commission's intranet website, InSite, forms page.

**13.**    OBSOLETE DATA.  This Order supersedes EEOC No. 550.007, EEOC Leave Policies, dated March 1, 1986; Change 1, effective June 17, 1990; Change 2, effective May 4, 1994; Change 3, effective December 2, 1994; and Change 4, effective September 21, 1995 which will be removed from directives reference sets and destroyed when no longer needed.

*Angelica E. Ibarguen*

**Angelica** E. Ibarguen
Chief Human Capital Officer
Office of Human Resources

<u>**Order 550.007**</u>                                                                        **01/06**

**APPENDIX A**

**DEFINITIONS**.

1.    **Accrued Leave.**  Leave earned by an employee during the current leave year that is unused at any given time in that leave year.

2.    **Accumulated Leave.**  Unused leave remaining to the credit of an employee at the beginning of a leave year.

3.    **Administrative Workweek.**  A period of seven consecutive calendar days that includes the basic workweek.

4.    **Advance Leave.**  Leave requested and granted before it is earned that must be repaid from future leave earnings or by cash refund.

5.    **Basic Workweek.**  Normally, this is a period of five consecutive eight-hour days, Monday through Friday.

6.    **Break in Service.**  A period of interrupted Federal employment of one or more workdays.

7.    **Compressed Work Schedule.**  This is an approved alternative to the basic workweek wherein the employee requests and is approved to work a schedule totaling eighty (80) hours of work within nine (9) or less workdays of a pay period (Note: this includes the 4/9/4 schedule).

8.    **Communicable Disease.**  A disease, as determined by authorities having jurisdiction or by a health care provider, that due to exposure to it would jeopardize the health of others by the employee's presence on the job.

9.    **Credit Hours.**  Hours worked by an employee in excess of his or her daily tour of duty under a flexible work schedule.  Credit hours must be approved by the supervisor prior to being worked.  The earning of credit hours is voluntary on the part of the employee, is distinct from, and should not be confused with overtime or compensatory time. Credit hours are not available to employees working a compressed work schedule.

10.    **Excused Absence (Administrative Leave).**  An absence from duty administratively authorized without loss of pay or charge to leave.

11. **Exigency of the Public Business.** A bona fide operational emergency of such magnitude or significance that the public business cannot be effectively conducted or accomplished by the EEOC. A determination of an Exigency of the Public Business may be made by an Office or District Director for his or her subordinate employees, but may not, with the exception of the Chair, include the official making such a determination. Such determination must be in writing, define the exigency and include the starting and ending date of the exigency.

12. **Family Member**. Two definitions apply to this term:

    a. For purposes of the Family Medical Leave Act a family member is a:

        (1) **Spouse**. An individual who is a husband or wife pursuant to a marriage that is a legal union between one man and one woman, including common law marriage between one man and one woman in States where it is recognized,

        (2) **Son or daughter.** A biological, adopted, or foster child; a step child; a legal ward; or a child of a person standing *in loco parentis* who is:

            (a) Under 18 years of age; or

            (b) 18 years of age or older and incapable of self-care because of a mental or physical disability.

        (3) **Parent**. A biological parent or an individual who stands or stood in *loco parentis* to an employee when the employee was a son or daughter. This term does not include parents "in law."

    b. **For other than the FMLA** a family member is a spouse, and parents thereof; children, including adopted children, and spouses thereof; parents; brothers and sisters, and spouses thereof; and any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

13. **Flexible Work Schedule.**  Sometimes called Flexitour, this is a regularly scheduled tour of duty of 5 eight-hour days and a 40-hour work week that enables an employee to request and, upon supervisory approval,  implement a starting and stopping time within authorized time bands.

14. **Full-time.**  A regularly scheduled tour of duty that requires the employee to be on duty for eighty hours in each pay period.

15. **Intermittent.**  An unscheduled, irregular tour of duty when the employee works as needed and receives pay only for the hours worked.

16. **Leave Without Pay (LWOP).**  A temporary non-pay status and absence from duty granted upon the employee's request.

17. **Leave Year.**  The period beginning with the first day of the first complete pay period in a calendar year and ending with the day immediately before the first day of the first complete pay period in the following calendar year.

18. **Medical Certificate.**

   a. **For an employee**, a written statement signed by a registered practicing physician or health care provider, certifying to the incapacitation, examination, or treatment of an employee, the period of disability while the employee was receiving professional treatment, and the time the employee is expected to return to full or limited duty; or

   b. **For an employee's family member**, a written statement signed by a registered practicing physician or health care provider, certifying to the incapacitation, examination, or treatment, the anticipated period of incapacitation and the need for caregiving services of a family member of the employee.

19.     **Part-time.**  A regularly scheduled tour of duty that requires the employee to be on duty less than eighty hours in each pay period.  Part-time schedules allow a maximum of 32 hours in a workweek.

20.     **Regular Tour of Duty.**  The schedule of hours an employee is expected to be on duty during a workweek

21.     **Serious Health Condition.**   An illness, injury, impairment, or physical or mental condition that involves:

      **a.**     Inpatient care in a medical care facility, including any period of incapacity or any subsequent treatment in connection with such care; or

      **b.**     Continuing treatment by a health care provider that includes examinations to determine if there is a serious health condition and evaluations of such conditions if the examinations or evaluations determine that a serious health condition exists.

Health conditions not considered as serious include routine physical, eye, or dental examinations; a regimen of continuing treatment that includes the taking of over-the-counter medications, bed-rest, exercise, and other similar activities that can be initiated without a visit to the health care provider; a condition for which cosmetic treatments are administered, unless inpatient hospital care is required or unless complications develop; or an absence because of an employee's use of an illegal substance, unless the employee is receiving treatment for substance abuse by a health care provider or by a provider of health care services on referral by a health care provider.

Ordinarily, unless complications arise, the common cold, the flu, earaches, upset stomach, minor ulcers, headaches (other than migraines), routine dental or orthodontia problems, and periodontal disease are not serious health conditions.  Allergies, restorative dental or plastic surgery after an injury, removals of cancerous growth, or mental illness resulting from stress may be serious health conditions only if such conditions require inpatient care or continuing treatment by a health care provider.

22.     **Terminal Leave.**  Leave granted prior to separation from federal service when it is known that the employee will not return from leave prior to separation.

<u>Order 550.007</u>                                                                                           **01/06**

APPENDIX B

**ANNUAL LEAVE**

1.      **PURPOSE.**  This appendix covers all aspects of the management and usage of annual leave in EEOC.  Directions on restoration of annual leave and lump sum payments for annual leave are also included.

2.      **POLICY.**  Annual leave is the earned right of each employee.  It is the employee's option to select the amount and time he or she wishes to take annual leave, subject to the approval of the immediate supervisor.

3.      **REQUESTING ANNUAL LEAVE**.  Employees should request annual leave through use of OPM Form 71, Application for Leave.  Whenever possible, annual leave should be requested at least one (1) week in advance.

4.      **GRANTING ANNUAL LEAVE.**

   **a.**      Annual leave is provided and used for two general purposes:

         (1)      To allow every employee an annual vacation period of extended leave for rest and recreation; and

         (2)      To provide periods of time off for personal and emergency purposes.

   **b.**      **A supervisor** will act on an employee's leave request in a timely manner, normally within three (3) workdays of receipt.  Employee requests for emergency leave shall normally be acted upon immediately by the supervisor.  In such instances, the supervisor may inquire into the nature of the emergency.

         (1)      Supervisors shall grant disabled veterans annual leave, sick leave, as is available to them, or leave without pay as needed, when they are absent from duty for medical treatment.  Granting of such leave is *required* when the disabled veteran:

       (a)      Presents an official statement from a medical officer of a government hospital or a medical certificate from a private authority that treatment is required; and

       (b)      Give prior notice to his or her supervisor whenever possible of the specific days and hours required for medical treatment so that the supervisor can arrange to cover the employee's work in his or her absence.

  **c.**     **When denying annual leave requests,** the supervisor shall notify the employee as soon as possible. Denial of annual leave must be accomplished by a completed OPM Form 71 setting forth the reason(s) for denial.

  **d.**     **An employee on approved leave** shall not be called back to work except in cases where unforeseen emergencies arise and the supervisor has made every effort to avoid such a change. Leave reimbursement will be in accordance with applicable law.

**5.**     **QUALIFYING FOR LEAVE ACCRUAL.**   Employees accrue leave under the following conditions:

  **a.**     **Permanent employees** with regularly scheduled tours of duty are entitled to earn annual leave upon completion of the first biweekly pay period. Annual leave may be used as soon as it is earned and credited to the employee's account.

  **b.**     **Temporary (including Term) employees** with regularly scheduled tours of duty and current appointments for periods of 90 days or more begin to earn annual leave upon completion of the first biweekly pay period. Annual leave may be used when earned and credited.

  **c.**     **If an appointment is for less than 90 days,** employees are not entitled to annual leave until after being employed for a continuous period of 90 days under successive appointments without a break in service.

        (1)     A break in service is one (1) workday or more when the employee is not on the Government's employment rolls.

        (2)     If employees are initially appointed for less than 90 days and the appointment is subsequently converted to more than 90 days, e.g., temporary appointment not-to-exceed 30 days and then converted to career-conditional appointment on the 29th day, they are entitled to leave credit from the beginning date of the initial appointment and may begin using the leave immediately upon conversion to the unlimited appointment.

   **d.**    Employees may use any annual leave earned under previous appointments that has been re-credited to their account.

## 6. EARNING RATES.

   **a.**    **Full-time Employees.**

        (1)     Full-time employees with less than three (3) years of service earn four (4) hours of annual leave for each pay period;

        (2)     Those with three (3) years but less than fifteen (15) years of service earn six (6) hours of annual leave for each pay period except for the last full pay period of the calendar year when they earn ten (10) hours of annual leave; and

        (3)     Those with fifteen (15) or more years of service earn eight (8) hours of annual leave for each full pay period.

   **b.**    **Part-time Employees.**

        (1)     To earn annual leave, part-time employees must have a regularly scheduled tour of duty on at least one day of each week in the pay period;

        (2)     Part-time employees with less than three (3) years of service earn one (1) hour of annual leave for each twenty (20) hours in a pay status;

        (3)     Those with three (3) but less than fifteen (15) years of service earn one (1) hour of annual leave for each thirteen (13) hours in a pay status; and

        (4)     Those with fifteen (15) or more years of service earn one (1) hour of annual leave for each ten (10) hours in a pay status.

    **c.**     **Intermittent employees** have no regularly scheduled tour of duty, and therefore, do not accrue leave.

    **d.**     **Accrual Reductions Because of Non-pay Absence**.  When the number of hours of non-pay status in a full-time employee's leave year equals the number of base-pay hours in a pay period, the agency shall reduce his or her credits for leave by an amount equal to the amount of leave the employee earns during the pay period.

**7.**    **ADVANCING ANNUAL LEAVE.**  An employee may be permitted to take annual leave to his or her credit plus the leave that will accrue during the current leave year or the employee's anticipated date of separation from employment if within the current leave year, whichever comes first.  Annual leave may be advanced at the discretion of the approving official in consideration of the needs of the work unit.  Annual leave may be advanced only when there are no reasons known to the approving official why the employee will not be able to earn the advanced leave.  Requests will be submitted by way of memorandum or use of OPM-71, Application for Leave, with appropriate rationale attached in support of the request.

**8.**    **ANNUAL LEAVE IN LIEU OF SICK LEAVE.**  Annual leave may be granted, at an employee's request, for absence due to illness or other authorized sick leave purposes.

9.      **MAXIMUM ACCUMULATION OF ANNUAL LEAVE.**

     **a.**      **Accumulated annual leave** is that leave which remains to an employee's credit at the end of a leave year.  Limits are imposed by law on the total hours of annual leave that an employee may carry over from one leave year to the next.  The following limits apply to EEOC employees:

        (1)      **General Schedule (GS)** employees – a maximum 30 days (240 hours)

        (2)      **Senior Executive Service (SES)** employees – a maximum of 90 days (720 hours), SES employees who, as of the first pay period beginning after October 13, 1994, had accumulated annual leave in excess of 90 days are entitled to retain that leave as a personal leave ceiling.

     **b.**      Reserved.

10.      **RESTORATION  OF  FORFEITED  ANNUAL  LEAVE**.   A  summary  of  the requirements and procedures governing the scheduling and restoration of annual leave follows:

     **a.**      **Scheduling Annual Leave Subject to Forfeiture**.  Employees who have annual leave subject to forfeiture *must* request in writing the scheduling of that annual leave at least three pay periods (before pay period 24) prior to the end of the leave year.   Requests to schedule the leave are made by use of the OPM -71, Application for Leave. EEOC may consider only annual leave scheduled by this deadline for restoration because of sickness of the employee or exigency of the public service.

     **b.**      **Conditions for Restoration**.   An employee may have forfeited annual leave restored only under one of the following conditions:

        (1)      An administrative error caused the loss of annual leave;

(2)     Sickness of the employee when the annual leave was requested in writing by the employee and approved at least three pay periods (before pay period 24) prior to the end of the leave year and the period of absence due to the sickness occurred too late in the leave year or was of such duration that the annual leave could not be rescheduled for use before the end of the leave year.

(3)     An exigency of the public business occurred *and* the annual leave was requested in writing by the employee and approved at least three pay periods (before pay period 24) prior to the end of the leave year.

(a)     Only a bona fide operational emergency of such magnitude or significance that the public business cannot be effectively conducted or accomplished will support the restoration of an employee's annual leave.

(b)     Mere inconvenience by the absence of an employee during a peak workload period does not meet the standard of a public exigency.

(c)     Determination of exigencies of the public business must be documented in writing by the Chair, or by an Office or District Director for their subordinate employees.

(d)     Failure to obtain approval of the exigency determination will result in the inability of the EEOC to restore any forfeited leave.

(e)     The exigency must have a specific beginning date and ending date fixed in advance, unless the suddenness or uncertainty of the circumstances prevents advance decision.  These dates must establish the specific time period within which employees were prevented from using scheduled leave and thus subsequently forfeited annual leave.

       (f)     Supervisors and employees should note that approval of an exigency determination requiring cancellation of scheduled annual leave does not absolve them of the need to try to reschedule the leave for use before the end of the leave year, if at all possible.

       (g)     Requests for restoration of forfeited leave based on an approved exigency determination may not be approved if sufficient time was available to reschedule and use the canceled leave during the remainder of the leave year.

   **c.**    **Requesting Restoration of Forfeited Annual Leave**.  Requests must be initiated after the end of the leave year by the employee through his or her supervisor  to his or her Office Director.  The Office Director will review the request, certify its accuracy, attach the required information, and **submit it prior to April 1** of the following leave year to the Chief Human Capital Officer for review and decision. Documentation must include:

       (1)     A statement as to the reason for the forfeited annual leave;

       2)     Copies of the leave request OPM Form 71 and any other approval documents for all periods of scheduled leave;

       (3)     An explanation of rescheduling attempts of the cancelled leave, if appropriate; and

       (4)     Copies of medical statements, explanations of administrative errors, determinations of exigencies of the public business etc., to support the requested leave restoration.

**11.**    **TIME LIMIT FOR USE OF RESTORED ANNUAL LEAVE**.  Except as otherwise authorized by regulation, restored annual leave must be scheduled and used not later than the end of the leave year ending two years after:

     **a.**      The date of restoration of the annual leave forfeited because of administrative error;

     **b.**      The date fixed as the termination date of the exigency of the public business that resulted in forfeiture of the annual leave; or

     **c.**      The date the employee is determined to be recovered and able to return to duty if the leave was forfeited because of sickness.

**12.**     **DISPOSITION OF UNUSED ANNUAL LEAVE**.

     **a.**      **Upon Separation**.  Sub-chapter VI of chapter 55 of title 5, United States Code, provides for payment in a lump sum for annual leave to the credit of an employee at the time he or she separates from Federal service.

     **b**.      **Upon Transfer to Another Federal Agency with the Same Leave System**. When an employee transfers to a position outside the Service but under the same leave system, the servicing personnel office will certify his or her annual leave account to the gaining agency for credit or charge.

     **c**.      **Upon Transfer to Another Federal Agency with a Different Leave System**. When annual leave is transferred between different leave systems under section 6308 of title 5, United States Code, or is re-credited under a different leave system as a result of a refund under section 6303 of that title, seven (7) calendar days of annual leave are deemed equal to five (5) workdays of annual leave.

**13.**     **LUMP SUM PAYMENT OF ANNUAL LEAVE.**  Lump sum payment for unused annual leave may be made in accordance with 5 U.S.C. 5551 and 6306, and 5 C.F.R. part 550, subpart L.

     **a.**      **Entitlement.**  An employee will receive a lump-sum payment for any unused annual leave when he or she separates from Federal  service or enters on active duty in the armed forces and elects to receive a lump-sum payment.  Generally, a

Case: 1:20-cv-02111 Document #: 87-4 Filed: 05/04/22 Page 20 of 69 PageID #:2043

lump-sum payment will equal the pay the employee would have received had he or she remained employed until expiration of the period covered by the annual leave.

**b.**  **Calculating a Lump-Sum Payment.**  A lump-sum payment is calculated by multiplying the number of hours of accumulated and accrued annual leave by the employee's applicable hourly rate of pay, plus other types of pay the employee would have received while on annual leave, excluding any allowances that are paid for the sole purpose of retaining a Federal employee in Government service, e.g., retention allowances.  Types of pay included in a lump-sum payment include:

(1)     Rate of basic pay;

(2)     Locality pay or other similar geographic adjustment;

(3)     Within-grade increase (if the waiting period is met on date of separation);

(4)     Across-the-board annual adjustments;

(5)     Administratively uncontrollable overtime pay, availability pay, and standby duty pay;

(6)     Regularly scheduled overtime pay under the Fair Labor Standards Act for employees on uncommon tours of duty;

(7)     Supervisory differentials; and

(8)     Non-foreign area cost-of-living allowances and post differentials.

In calculating a lump-sum payment, the employee's annual leave for all workdays the employee would have worked if he or she had remained in Federal service is projected forward.  By law, holidays are counted as workdays in projecting the lump-sum leave period.

c.      **Return to Federal Service.**  If an employee is re-employed in the Federal service prior to the expiration of the period of annual leave (i.e., the lump-sum leave period), he or she must refund the portion of the lump-sum payment that represents the period between the date of re-employment and the expiration of the lump-sum period.  The amount of annual leave equal to the days or hours of work remaining between the date of re-employment and the expiration of the lump-sum leave period is re-credited to the employee's leave account.

<u>**Order 550.007**</u>                                                                        **01/06**

**APPENDIX C**

**SICK LEAVE**

**1.**    **PURPOSE.**  This appendix covers all aspects of the management and usage of sick leave in EEOC.

**2.**    **USES OF SICK LEAVE**

    **a.**    **Sick leave shall be granted** to an eligible employee when the employee:

       (1)    Receives medical, dental, or optical treatment or examination;

       (2)    Is incapacitated for the performance of duties by illness, injury, pregnancy or childbirth;

       (3)    Is absent for reasons related to the adoption of a child;

       (4)    Would, as determined by the health authorities having jurisdiction or by a health care provider,  jeopardize the health of others by his or her presence at his or her post of duty because of exposure to a communicable disease; and

       (5)    Provides care to a family member as a result of:

          (a)    a serious health condition, including, physical or mental illness, injury, pregnancy or childbirth; or

          (b)    medical, optical or dental examinations or treatments.

       (6)    Is absent for reasons relating to making arrangements necessitated by the death of a family member or attending the funeral of a family member. (Additional benefits are available involving military funerals, see Appendix H)

b.     **The Federal Employees Family Friendly Leave Act,** 5 U. S. C. § 6307, limits the amount of sick leave an employee may use for caring for a family member as follows:

(1)     **Medical, optical or dental examinations or treatments and for funeral attendance and arrangements,** – a total of 13 days (104 hours) for full-time employees; or for part-time employees, the number of hours normally accrued during the leave year.  The supervisor may approve such requests provided the amount used allows the full-time employee to retain a minimum balance of 80 hours of sick leave in his or her account, and the part-time employee, the average number of hours in his or her regularly scheduled administrative 2 week pay period.  Otherwise the total amount of leave available is limited to 5 days (40 hours), or for part-time employees, the average number of hours in his or her  regularly scheduled work week.

(2)     **Care of a family member with a serious health condition,** – a full-time employee may use up to 12 weeks of sick leave (minus any of the 13 days used for other purposes under the Act in a leave year as described in (1) above) for the care of the family member.  For part-time employees, the amount of leave used for this purpose is equal to 12 times the average number of hours in his or her scheduled weekly tour of duty.  Satisfactory medical documentation must be provided to the supervisor.  A request for leave for these purposes is considered to be covered under this Act regardless of whether the request for leave was made before or after the beginning of the leave event.

3.     **REQUIREMENTS FOR GRANTING SICK LEAVE**

a.     **The approval of sick leave** is a responsibility of the supervisor.  When granting sick leave, the supervisor shall determine that:

(1)     the notice of the need for sick leave (generally, an OPM - 71) was provided in a timely manner by the employee except for emergency situations; and

(2)     when required, medical documentation submitted by the employee which supports charging the absence to sick leave.

(3)     Supervisors shall grant disabled veterans sick leave, annual leave, as is available to them, or leave without pay as needed, when they are absent from duty for medical treatment.  Granting of such leave is *required* when the disabled veteran:

(a)     Presents an official statement from a medical officer of a government hospital or a medical certificate from a private authority that treatment is required; and

(b)     Gives prior notice to his or her supervisor whenever possible of the specific days and hours required for medical treatment so that the supervisor can arrange to cover the employee's work in his or her absence.

**b.     When possible, an employee shall submit medical documentation** in support of sick leave within the pay period in which the illness occurs.

(1)     *OPM Form 71.*  Employees not under leave restrictions, may support sick leave of three days or less by completing an OPM Form 71.

(2)     *Medical Certificate.*  Employees shall submit a medical certificate, or other administratively acceptable evidence, covering periods of absence:

(a)     *In excess of three workdays.*  Normally, a doctor's certificate shall be submitted. In cases when the employee did not consult a physician or health care provider and the employee is not under a written notice of leave restriction, a signed written statement by the employee giving the facts about the illness, the treatment used, and the reason that a physician or health care provider was not consulted may be accepted at the supervisor's discretion in lieu of a medical certificate.

        (b)     *Of three workdays or less.* Required in cases when the employee is currently under a written notice of leave restriction for the abuse of sick leave which includes the requirement that a medical certificate is required for absences.

    **c.**     Failure to provide the required medical documentation may result in the denial of the sick leave request.

**4.**     **SICK LEAVE ACCRUAL.**

    **a.**     **Accrual Rates**

        (1)     Full-time employees earn sick leave at the rate of four hours for each full pay period, or 13 days each year.

        (2)     Part-time employees who have a regularly established tour of duty earn sick leave at the rate of one hour of sick leave for each 20 hours in pay status. Credit may not be given for more than 40 hours of pay status in one week. Hours in pay status during a pay period which total less than 20 hours shall be carried over for credit in the next pay period.

        (3)     Intermittent employees do not earn sick leave.

    **b.**     **Full Pay Period Accruals**

        (1)     Full and part-time employees earn sick leave from the beginning of the first full pay period of employment, regardless of the type of appointment or length of service.

        (2)     Full and part-time employees complete a full pay period of employment when they are in pay status, or any combination of pay and nonpay status, for all of the work hours and workdays of the pay period that fall within their basic workweek.

**5.**       **NOTICE OF ILLNESS AND SUBMISSION OF REQUESTS FOR SICK LEAVE**

    **a.**     **Employee.**

        (1)     Employees should request sick leave in advance when possible (such as for medical and dental appointments, leave for maternity purposes, etc.).

        (2)     **When advance notice is not possible**.  On the first day of illness or other incapacitation, an employee must notify his or her supervisor promptly, generally, within the first hour of the office core hours.  If the employee is too ill to notify the supervisor, he or she should have a family member or friend, as appropriate, notify the supervisor.  Failure to give notice may result in denial of sick leave for the absence.

        (3)     Employees should provide an estimated date of return, or notify their supervisor on the second and subsequent day(s) of illness as to when they reasonably expect to return to duty.  Where the employee does so, subject to supervisory approval, the employee need not notify the supervisor each workday if the employee's incapacitation will require him or her to be absent longer than one (1) day.  However, updates should be provided to the supervisor when the employee is examined by his or her treating physician and if  his or her medical condition changes.

        (4)     Requests for sick leave for dental, optical, or medical examinations or non-emergency treatment must be made and approved prior to taking sick leave.

        (5)     If an employee's sick leave is exhausted, he or she may request advanced sick leave, if appropriate, or the absence may be charged to annual leave at the employee's request.  LWOP may be charged at the employees request with the concurrence of the supervisor.

    **b.**     **Supervisors.**

        (1)     Supervisors may establish internal procedures with the employee for continued notification during the course of the illness.

(2)    Supervisors must ensure that any charges to the employee's leave accounts are concurred with by the employee prior to entry into the time and attendance system.

## 6.    ADVANCE SICK LEAVE

### a.    When Authorized.

(1)    Advance sick leave may be granted when an employee with a serious health condition or for purposes related to adoption has exhausted his or her sick leave, has requested the advanced sick leave and has provided a medical certificate or other administrative evidence to support his or her need.

(2)    When necessary, under the Federal Employees Family Friendly Leave Act, an employee may be advance*d up to* 5 days (40 hours) (for part-time employees and those with an uncommon tour of duty, a proportional amount) to care for a family member, or for bereavement purposes.

### b.    Restrictions and limitations.

(1)    A total of up to 30 days (240 hours) sick leave may be advanced to an employee with a serious medical condition, upon the approval of a request for advanced sick leave (see paragraph d. below)  The maximum negative balance an employee may carry in his or her sick leave account is 240 hours.

(2)    When an employee is serving under a limited appointment or one that will be terminated on a specified date, sick leave may only be advanced up to the total sick leave that the employee would otherwise earn during the term of the appointment.

(3)    When the employee has a negative sick leave balance from a previous advancement of sick leave, the amount of sick leave that may be advanced is limited to the difference between the negative balance and the 240 hour maximum;

c.    **When Not Authorized.**  Advance sick leave may not be granted in the following cases:

(1)    When the absence is for the care of a family member, except as specified in 6.a.(2) above;

(2)    When all sick leave has been exhausted and the employee's physician or health care provider has not verified that the leave is necessary;

(3)    When the employee is under a notice of leave restriction;

(4)    If it is known that the employee does not contemplate a return to duty. This prohibition is not applicable in those cases when application for disability retirement has been made, but notice of official approval by the Office of Personnel Management has not been received.

(5)    After disability retirement has been approved by the Office of Personnel Management and official notice has been received by the agency.  The employee may use any sick leave already advanced before approval, but no additional sick leave may be advanced;

(6)    After an employee has received a notice of separation or furlough or has submitted a resignation; or

(7)    When for other reasons, there is not a reasonable expectation that the employee will be able to repay the advanced sick leave through leave accruals.

d.    **Requests for Advance Sick Leave.**  Employee requests for advance sick leave shall be submitted in writing to the immediate supervisor and shall include a completed OPM Form 71 and a medical certificate from the employee's physician or health care provider which includes a diagnosis supporting the amount of advance sick leave requested and a prognosis that the employee will be able return to work on a permanent basis.  If insufficient information is provided the supervisor may require additional documentation prior to making a determination

on the request. Following concurrence of the OPM Form 71 by the immediate supervisor, the employee's request will be forwarded to the Office or District Director for approval.  The approved advance sick leave request shall be promptly forwarded to the employee's Timekeeper.

e.     **Refunds for Advance Sick Leave**.  A refund for any unliquidated advance sick leave is required when an employee separates from the Federal Service, except in cases of:

(a)     Death;

(b)     Disability retirement;

(c)     Resignation or separation based on a disability which, according to medical evidence, prevents the employee from returning to or continuing his or her duties; or

(d)     Separation or furlough to enter active military service with restoration rights.

Advanced leave is charged at the hourly salary rate of the employee *at the time the leave was used*.

7.     **SUBSTITUTION OF ANNUAL LEAVE FOR SICK LEAVE.**  Annual leave may be substituted retroactively for advance sick leave if the employee requests the substitution far enough in advance to have been able to have used the substituted hours as annual leave prior to the end of the leave year.

8.     **PROLONGED ABSENCE DUE TO ILLNESS**.  Supervisors must ensure that approval of extended periods of sick leave meet regulatory requirements.

a.     An employee on prolonged sick leave may be required to furnish the supervisor with periodic updates from his or her attending physician or health care provider which supports the continued granting of sick leave.

    **b.**     If the employee is on extended sick leave for a medical condition that appears to be a permanent disability, he or she should be advised of the procedures for filing a disability retirement application. The employee's supervisor should consult with the servicing Human Resource Specialist regarding the procedures.

    **c.**     Employees on extended sick leave are not relieved of the responsibility to schedule excess annual leave to prevent its forfeiture;

**9.**     **MAXIMUM ACCUMULATION**. The sick leave that is not used by an employee during the year in which it accrues shall accumulate and be available for use in succeeding years. There is no limitation on the amount of sick leave that may be accumulated.

**10.**     **RECREDIT OF UNUSED SICK LEAVE**. Except when the employee's sick leave is used to compute an annuity, an employee is entitled to the recredit of sick leave without regard to the date of his or her separation, if he or she returns to Federal employment on or after December 2, 1994.

**11.**     **TRANSFER OF SICK LEAVE.** When an employee transfers to another federal agency with a formal leave system, his or her sick leave is transferred to the new agency. An employee's sick leave is transferred for credit or charge when he or she moves without a break in service between positions covered by the same leave system. If he or she moves to a position under a different leave system, transferred leave shall be adjusted on the basis of seven calendar days equaling five workdays.

<u>**Order 550.007**</u> **01/06**

<b>APPENDIX D</b>

<b>MILITARY LEAVE</b>

1. **GENERAL**

    a.     **Employees** who are ordered to report for military training or duty shall be released from their civilian positions for any period of military leave to which they are entitled by law. An employee granted military leave must be restored to the position and grade held at the time he or she began military leave.

    b.     **Supervisors** shall be liberal in granting annual leave or LWOP for military duty or training after the employee's military leave has been exhausted.

2. **REQUIREMENTS FOR APPROVING MILITARY LEAVE.** The following requirements must be met before military leave may be approved:

    a.     **Permanent Employment Status.** The employee must have permanent status. The term "permanent" includes probationary and indefinite employees in both competitive and excepted service. Employees serving under appointments limited to one year or less, and those who are intermittent, are ineligible for military leave; and

    b.     **Military Status as Reservist or National Guardsman.** The employee must be a reservist or a member of the National Guard. The reserve components of the armed forces include the reserves of the Army, Navy, Air Force, Marine Corps, Coast Guard and the National Guards of the Army and the Air Force.

    c.     **Types of Military Duty Requirement.**

        (1)     Military Duty that entitles an eligible employee to military leave includes:

            (a)     Military training and duty under 5 U.S.C. 6323(a) (see paragraph 3a below);

     (b)    Military service for which the employee is to be furloughed or separated; and

     (c)    Military service for active duty in aid of law enforcement under 5 U.S.C. 6323(c) (see paragraph 3c below).

(2)    Military leave may not be approved for:

     (a)    Summer training as a member of the Reserve Officers Training Corps (ROTC);

     (b)    Temporary Coast Guard Reserve;

     (c)    Participation in parades of state National Guards;

     (d)    Training with a state Guard or other state military unit; and

     (e)    Civil Air Patrol activities.

(3)    **Supporting Evidence.**  An application for military leave must be supported by a copy of the employee's orders or other written notice from the military, directing him or her to report for active duty or training.

(4)    **Pay Status.**  Pay status either immediately before or immediately after military duty is required for granting military leave, otherwise, civilian pay would be lost.  The primary test for entitlement to leave is: *"Would the employee, except for the military duty, have been in a civilian pay status?"*

3.       **TYPES OF MILITARY LEAVE**

    a.       **Military Leave Under 5 U.S.C. 6323(a) - Armed Forces Reserve and members of the National Guard.**

        (1)     Subject to paragraph 3.a (2) of this Appendix, an employee, is entitled to leave without loss of pay, time, or performance or efficiency rating for active duty, active duty training, inactive duty training or engaging in field or coast defense training under section 502-505 of Title 32 as a Reserve of the Armed Forces or member of the National Guard.  Leave under this paragraph accrues for an employee or individual at the rate of 15 days per *fiscal year* and, to the extent that it is not used in a fiscal year, accumulates to a maximum of 15 days carryover to the next fiscal year.

        (2)     In the case of an employee on a part-time career employment basis (as defined in section 3401(2) of Title 5 U.S.C.), the rate at which leave accrues under this paragraph shall be the percentage of the rate which is determined by dividing 40 into the number of hours in the regularly scheduled workweek of that employee or individual during that fiscal year.

    b.       **Military Leave Under 5 U.S.C. 6323(b). - Armed Forces Reserve and members of the National Guard**.

        Except as provided by 5 U.S.C. 5519, an employee who performs for the purpose of providing military aid to enforce the law or performs full-time military service in support of a contingency operation (as described in 10 U.S.C. 101(a)(13)) is entitled, during and because of such service to leave without loss of or reduction in pay, leave to which he or she is entitled, credit for time or service, or performance or efficiency rating.  Leave shall not exceed 22 workdays in a calendar year.

     c.     **Military Leave Under 5 U.S.C. 6323(c).** - **Members of the National Guard of the District of Columbia**.

An employee is entitled to leave without loss in pay or time for each day of a parade or encampment ordered or authorized under Title 39 District of Columbia Code.  This paragraph covers each day of service the National Guard, or a portion thereof, is ordered to perform by the commanding general.

     d.     **Military Leave Under 5 U.S.C. 6323(d).** - **Reserve or National Guard Technicians.**

An employee is *only* is entitled to 44 workdays in a calendar year of military leave in which such employee is on active duty without pay (other than active duty during a war or national emergency declared by the President or Congress) for participation in operations outside the United States, its territories and possessions. An employee may request and be granted annual leave or compensatory time to which the employee is entitled, for a period in which the employee would be entitled to military leave, under 5 U.S.C.6323(d)

**APPENDIX E**

**COURT LEAVE**

1. **PURPOSE.** Court leave is the authorized absence, without charge to leave or loss of pay, of an employee from work status for:

   a. **Jury duty**, or

   b. **Attending judicial proceedings** in a nonofficial capacity as a witness in a proceeding in which the Federal, a state or local government is a party.

2. **PER DIEM** is paid by some courts to compensate for travel and meal expenses. When compensation is identified in this category, it is not considered a fee or allowance and may be kept by the employee.

3. **JURY DUTY.** When an employee is summoned for jury service, he or she should appear in accordance with the terms of the summons. If the jury service will interfere with the employee's work in a manner which will have a serious impact upon the EEOC's program goals, the court should be so informed by the employee's Office or District Director and requested to excuse the employee. The advice and assistance of the Legal Counsel may be sought for this purpose:

   a. Court leave for jury duty is granted to permanent and temporary employees, both full-time and part-time, except for those employed on an intermittent or when-actually-employed basis.

   b. When an employee who is otherwise eligible for court leave is called for jury duty during a period of absence on annual leave, court leave is substituted for the amount of annual leave that is affected by the jury service.

   c. Jury fees and allowances paid to an employee called to jury duty in a state or local court should be collected and forwarded to The Office of the Chief Financial Officer and Administrative Services. The EEOC shall apply these jury fees against the amount that would otherwise be due the employee for the period of absence on jury duty. Any excess of jury duty fee over the amount of compensation due can be retained by the employee.

**d**.     If an employee is excused or discharged from jury service for one workday or for a substantial portion of a workday, he or she shall return to duty.  If he or she does not return to duty, he or she shall be charged with annual leave or leave without pay for the number of hours involved, unless it is not practical to return to duty because of the distance between the court and the place of duty.

**e.**     If an employee's date of separation or furlough has been fixed by notice to him or her, his or her pay status shall not be extended for the purpose of granting court leave for jury service.

**f.**     An employee on LWOP may not be granted court leave when called to jury duty.

**g.**     The period of jury duty is calculated from the time and date stated in the summons, on which the employee is required to report to the court to the time he or she is discharged by the court (both dates inclusive), regardless of the number of hours per day or days per week he or she actually serves on the jury during the period.

**h.**     The court certificate for jury duty showing the employee's name, days of jury service, the rate of pay per day, and the total fee paid to the employee must be attached to the office copy of the T&A Report for the pay period in which the employee returns to duty.

**4.**     **SERVICE AS A WITNESS.**

**a.**     **Witness in an Official Capacity.**  An employee who testifies in an official capacity or on behalf of the United States Government is considered to be in an official duty status and is entitled to his or her regular pay without regard to any entitlement to court leave.  If an employee testifies in his or her official capacity or produces official records in a case involving a state or local government or a private party, he or she is required to collect the authorized witness fees and allowances for expenses and subsistence and all amounts payable to him or her for remission to EEOC.

    **b.**    **Witness in an Unofficial Capacity**.

    (1)    An employee summoned (or assigned by EEOC) to testify in an unofficial capacity when a party is the United States Government, the government of the District of Columbia, or a State or local government is in an official duty status and is entitled to his or her regular pay without regard to any entitlement to court leave. If an employee testifies or is summoned as a witness in a non-official capacity in a case involving a state or local government, he or she is required to collect the authorized witness fees and allowances for expenses and subsistence and all amounts payable to him or her for remission to EEOC.

    (2)    If the witness service in a non-official capacity is performed in a case involving *private parties only*, the employee's absence from duty must be charged as either *annual leave or LWOP*. The employee is entitled to the usual fees and expenses related to witness service.

<u>Order 550.007</u>                                                        <u>01/06</u>

**APPENDIX F**

**LEAVE WITHOUT PAY**

**1.     GENERAL.**  Leave without pay is a temporary, non-pay status and absence from duty that may be granted upon an employee's request.  LWOP may be granted only for those hours of duty that comprise an employee's basic workweek.  The permissive nature of LWOP distinguishes it from absence without leave (AWOL), which is an absence from duty that is not authorized or approved (including leave not approved until required documentation is submitted), or for which a leave request has been denied.

**2.     REQUESTING LWOP.**

**a.**     Authorization of leave without pay is a matter of administrative discretion.  Except for disabled veterans needing medical treatment and reservists,  National Guardsmen requiring leave for military training, and employees properly invoking the Family and Medical Leave Act (See Appendix G), employees may not demand LWOP as a matter of right.

**b.**     Employees should submit an OPM Form 71 to their supervisor with the reason for the request stated in the "Remarks" space and, if  illness, disability or injury is the reason, a doctor's certificate shall accompany the request.  Requests for extensions include the same requirements.

**3.     GRANTING LWOP.**

**a.**     Generally, LWOP is granted in the amounts prescribed below, and only when the employee is reasonably expected to return to duty after expiration of the LWOP.  Requests for approval of LWOP or extensions thereof that result in LWOP in excess of six months, except for approved Office of Workers' Compensation Programs (OWCP) claims, must be approved by the Chair or his or her designee.  Extensions of LWOP will be carefully scrutinized.

**Appendix F, Order 550.007**                                          **01/06**

    **b.**     When LWOP is requested the appproving official should consider the employee's fulfillment of parental or family responsibilities, increased job ability, protection or improvement of the employee's health, retention of a desirable employee, or furtherance of a program of interest to the Government (e.g., Peace Corps volunteers). Other matters to consider are the Agency's mission, its obligation to continue payments for benefits, the difficulty in locating a replacement for a limited period, and the obligation to provide employment upon the employee's return to duty.

    **c.**     If LWOP is approved, the Office of Human Resources or field Human Resources Specialist or Administrative Officer will notify the employee of the effect of the non-pay status on his or her health insurance, life insurance, and creditable service for retirement.

    **d.**     LWOP will not be granted for the purpose of private employment.

    **e.**     Unless unusual circumstances exist or the reason for the LWOP is to further a program of interest to the Government, LWOP will not be authorized initially for any period in excess of 1 year.

**4.**     **APPROVAL**.

    **a.**     Brief absences for LWOP not in excess of 10 calendar days may be approved by supervisors. Application will be made on an OPM Form 71, *Application for Leave*. Requests for LWOP in excess of 10 days and up to and including 30 days require the approval of the appropriate Office or District Director, except in the case described in paragraph 4b below.

    **b.**     Once OWCP has approved an employee's claim and the employee is disabled for work, he or she is placed in an LWOP status. A SF-52, Request for Personnel Action, must be submitted when the LWOP is expected to extend beyond 80 hours. If medical evidence and OWCP approval substantiate the time frame, an employee is entitled to up to one year of LWOP. Headquarters and District Office Directors may approve such requests for LWOP up to one year. After the one year period, LWOP may only be approved in six month increments by the appropriate Director in consultation with OHR. When the employee returns to work the supervisor will prepare a "Return to Duty" SF-52 and forward it through supervisory channels to OHR for processing.

    **c.**     Absences for LWOP in excess of 30 days but less than six months require the approval of the Chief Human Capital Officer. Those requests in excess of 6 months require the approval of the Chair or his or her designee. Requests for approval of all LWOP in excess of thirty days shall be forwarded to the Chief Human Capital Officer by the appropriate Director, with the Director's recommendation based upon the criteria provided in paragraph 3, above. Requests should be made 30 days in advance of the need when possible.

    **d.**     Requests for a period in excess of 30 days require the supervisor submit a SF-52 prepared stating the justification for the action. The supervisor shall forward the SF-52 with the OPM Form 71 through supervisory channels for approval or disapproval. If approved, the SF-52 is then transmitted to OHR for processing.

    **e.**     When an employee returns to duty from LWOP in excess of 30 days, the supervisor will prepare a "Return to Duty" SF-52 and forward it through supervisory channels to OHR for processing.

| LWOP Approval Authority | |
|---|---|
| **Amount** | **Approval required** |
| Ten days or less | Immediate Supervisor |
| Eleven to Thirty days | District or Office Director |
| Thirty-one days to six months | Chief Human Capital Officer |
| Over six months | Chair or designee |

Order 550.007                                                                                                  01/06

**APPENDIX G**

**LEAVE FOR PARENTAL AND FAMILY RESPONSIBILITIES.**

1.      **GENERAL.**   Supervisors and managers will administer leave policy equitably and reasonably.   Appropriate forms of leave will be granted to the extent possible to assist employees with parental and family obligations such as childbirth and care, adoption and foster care, and absence to attend to family needs.

2.      **SUPERVISOR RESPONSIBILITY.**   Consistent with mission priorities, supervisors will extend consideration to granting sick leave, annual leave or leave without pay in personally tailored and flexible ways when necessary to fulfill family needs. Additionally, consideration may be given to special temporary work schedules, Flexiplace, and other similar arrangements as well as the specific provisions of the Family and Medical Leave Act.

3.      **EMPLOYEE RESPONSIBILITY.**

   a.      An employee should request leave as far in advance as possible, particularly if the absence is to be prolonged, as is usually the case in leave for childbirth, for the care of a newborn child, or adoption of a child.

   b.      The employee should inform his or her supervisor of the type of leave, approximate dates, and anticipated duration if he or she intends to request leave for parental purposes.   Leave requests should be submitted, in the form of a memorandum, through the supervisor to the Office or District Director and shall include the following:

      (1)      A completed OPM Form 71 approved by the supervisor; and

      (2)      As applicable, a  medical certificate pertaining to the purpose of the leave.

**4.**     **FAMILY AND MEDICAL LEAVE ACT OF 1993 (FMLA).**

    **a.**     **Entitlements.**   Under the provisions of this Act, eligible employees are entitled to a total of 12 weeks of unpaid leave during a 12 month period for one or more of the following reasons:

        (1)     The birth of a son or daughter of the employee and the care of such son or daughter;

        (2)     The placement of a son or daughter with the employee for adoption or foster care;

        (3)     The care for a spouse, son, daughter, or parent of the employee, if such spouse, son, daughter or parent has a serious health condition (see Appendix A); or

        (4)     The employee has a serious health condition (see Appendix A) that makes the employee unable to perform one or more of the essential functions of his or her job.

    **b.**     **Requests for FMLA Leave.**

        (1)     When an employee requests leave under FMLA, LWOP shall be granted and used provided that the notification, medical certification and other requirements are met.

        (2)     The employee may elect to substitute paid time off, e.g., annual leave, sick leave, compensatory time off or credit hours, consistent with the current law and regulations governing the use of such leave, for leave without pay under the FMLA. The employee must notify his or her supervisor of this election prior to the date leave commences.

(3)     An employee must request leave under the FMLA 30 calendar days before the date leave is to begin.  When unforeseeable circumstances prevent 30 days notice, the employee must contact the supervisor as soon as possible. In any event, once a request for leave is made under the FMLA, the Act is invoked for this purpose.

(4)     A request for FMLA leave for the birth of a son or daughter of the employee and care of such son or daughter or for adoption or foster care must be supported by appropriate documentation.

(5)     A request for FMLA leave  must be supported by medical certification of the employee's  or the family member's health care provider, consistent with 5 C.F.R. 630.1207.  Generally, the certificate will cover:

    (a)     The date the serious health condition commenced;

    (b)     The nature of the employee's incapacitation or treatment;

    (c)     The probable duration of the condition; and

    (d)     When invoked for a family member, an explanation of the need for the employee's presence or assistance with a spouse, son, daughter, or parent under treatment or care.

Any other questions concerning FMLA leave will be covered by 5 C.F.R. §§630.1202 *et. seq.* and other applicable laws, government wide rules and regulations.

**5.     LEAVE WITHOUT PAY FOR FAMILY REASONS**.  An employee may request leave without pay for the following:

(1)     To participate in school activities directly related to the educational advancement of a child;

(2)     To accompany his or her child to routine medical or dental appointments; or

(3)    To accompany his or her elderly relatives to routine medical or dental appointments or other professional services related to the care of the elderly relative, such as making arrangements for housing, meal, telephones, banking services and other similar activities.

The LWOP must be requested in advance on an OPM Form 71, and approved by the employee's supervisor. The employee must provide documentation on the OPM Form 71 for the purpose of the leave. While supervisors have discretion, they are encouraged to grant such leave requests for up to 24 hours in a leave year. The leave may be requested intermittently, and employees may request to schedule paid time off, e.g., annual leave, compensatory time off, or credit hours when such leave leave is available to these employees. The supervisor may grant additional amounts in consideration of the needs of the agency.

**APPENDIX H**

**EXCUSED ABSENCES**

1. **GENERAL.** Excused absence, also referred to as administrative leave, is time off without loss of pay and without charge to annual or sick leave. Excused leave shall be granted to eligible EEOC employees for the activities and within the limitations specified in this section. Excused absence will not be used in situations for which other types of leave are specified; for example, military leave, court leave, annual leave, et cetera. The granting of excused absence is not an employee right but a discretionary exercise of management's authority. Unless specifically authorized below, supervisors are restricted to excusing absences of less than 4 hours. The Office Director may approve up to 5 workdays. Excused absences in excess of 5 workdays up to 30 days require the prior approval of the Chief Human Capital Officer. Excused absences in excess of 30 days require the approval of the Chair.

2. **VOTING AND REGISTRATION**.

   a. Employees in pay status may be granted official leave to register or to vote in an election or referendum on a civic matter.

   b. When the polls are not open at least three hours either before or after an employee's regular hours of work, an employee may be granted an amount of excused absence which will permit him/her to report for work 3 hours after the polls open or leave work 3 hours before the polls close, whichever requires the lesser amount of time off. When polls are open on weekends, non-work days, or allow remote voting, official leave shall not be granted.

   c. An employee may be excused for such additional time as may be needed to enable him/her to vote, depending upon the particular circumstances in his or her individual case, but not to exceed a full day.

   d. If an employee's voting place is beyond normal commuting distance and vote by absentee ballot is not permitted, the employee may be granted sufficient time off to make the trip to the voting place to cast his or her ballot. Where more than 1 day is required to make the trip to the voting place, a liberal policy in granting the

necessary leave for this purpose will be observed.  Time off in excess of 1 day will be charged to annual leave or LWOP.

**e.** An employee who votes in a jurisdiction that requires registration in person may be granted time off to register on substantially the same basis as for voting, except that no such time will be granted if registration can be accomplished on a non-workday and the place of registration is within a reasonable 1 day, round-trip travel distance of the employee's place of residence.

3. **MILITARY FUNERALS**.

**a.** Employees who are veterans of declared wars,  who served in a campaign or expedition for which a campaign badge has been authorized, or who are members of an honor or ceremonial group of those veterans, may be granted excused absence for up to 4 hours in any 1 day to participate as an active pallbearer or as a member of a firing squad or guard of honor in a funeral ceremony for a member of the Armed Services whose remains are returned from abroad for final interment in the United States (5 U.S.C. 6321).

**b.** An employee is entitled to not more than 3 days official leave to make arrangements for or to attend the funeral or memorial service for a member of the Armed Forces, provided the deceased:

(1) Was an immediate relative of the employee (Immediate relative includes spouse and parents thereof; children, including adopted children and spouses thereof; parents; brothers and sisters and spouses thereof; or an person related by blood or affinity whose close association with the deceased was such as to have been the equivalent of a family relationship.); and

(2) Died as a result of a wound, disease, or injury incurred or aggravated while serving in the Armed Forces in a combat zone.

**c.** Leave for attendance at funerals for relatives other than those cited in paragraphs 3a and b must be charged to annual leave, sick leave or LWOP.

4.     **BLOOD DONATION.**  Employees who donate blood during blood drives may be granted up to a maximum of four (4) hours of excused absence for recuperative purposes commencing immediately after the donation. If necessary, additional recuperative time may be provided; however, the total administrative leave will be limited to the remaining scheduled hours of duty for the day of donation.

5.     **ORGAN DONATION.**  An employee is entitled to seven (7) days of excused absence each calendar year, without loss of pay, to serve as a bone marrow or organ donor. An employee also may use up to 30 days of paid leave each calendar year to serve as an organ donor. Leave for bone marrow and organ donation is a separate category of leave that is in addition to annual and sick leave.

6.     **EXAMINATIONS**.

    a.     **Job Qualification Examination**.  Employees may be given official time off to take job qualification examinations or to obtain professional licenses. Leave for examinations shall be authorized when:

        (1)     Required for the position the employee currently occupies;

        (2)     For a position to which the agency has recommended the employee be transferred, promoted, or reassigned; or

        (3)     Required for a professional license or certification which is considered advantageous to EEOC. Time will *not* be authorized for exam study, preparation or travel.

    b.     **Physical Examination.**  Employees shall be given official leave to take the following types of physical examinations:

        (1)     **At EEOC's Request**. If EEOC requires an employee to take a physical examination or he or she voluntarily participates in the Health Maintenance Program administered by EEOC's Health Units, the employee shall be given official leave for the time necessary to complete the examination.

        (2)    **For Military Duty.**  An employee who is required to take a physical examination in connection with induction or enlistment in, or disability retirement from, the Armed Forces shall be given official leave to complete the examination.

**7.**    **TARDINESS AND BRIEF ABSENCES**.  Absence from duty and tardiness of less than 15 minutes may be excused by the supervisor when reasons appear to be adequate to him/her. Otherwise, the absence may be compensated for by additional work time or may be charged against any earned compensatory time, annual leave, or LWOP with the employee's consent, or absence without leave, as appropriate.

**8.**    **LEAVE FOR CIVIL DEFENSE ACTIVITIES.**  An employee who is assigned to state or local civil defense activities in pre-emergency training programs and test exercises may be granted official leave not to exceed 40 work hours in a calendar year.

**9.**    **CONFERENCES OR CONVENTIONS.**  Employees may be granted excused absence to attend conferences or conventions when attendance will serve the best interests of the federal service.  When the employee is an official representative of EEOC, the employee is considered in official duty status and no leave will be charged.

**10.**    **PHYSICAL FITNESS.**  Employees may be excused for short periods of time to participate in officially sponsored and administered activities, such as a Federal Fitness Day event or EEOC-sponsored health screenings.  Excused absences will not be granted for physical exercise purposes.

**11.**    **LEAVE FOR JOB-RELATED TRAUMATIC INJURY**.  Excused absence shall be granted for initial emergency treatment or examination or for disabling medical condition due to work injuries for the remainder of the day of the injury.

**12.**    **TIME SPENT IN EEOC HEALTH UNITS**.  An employee who becomes ill while on duty and is treated by an EEOC Health Unit, will be allowed up to two hours to obtain such medical attention if the facility is on site, or up to three hours, if the facility is not on site, without charge to leave.

14.      **LEAVE IN CONNECTION WITH OFFICIAL TRAVEL.** An employee may be excused for a maximum of two hours official leave before or after a period of travel, if the time of departure from or arrival at his or her duty station is such that it is administratively determined that official leave is necessary.

13.      **LEAVE FOR FIRST AID OR EMERGENCY MEDICAL TRAINING.** An employee who has been officially designated by his or her supervisor to take first aid training or is participating in an EEOC-sponsored or approved First Aid or Emergency Medical Training shall be given official leave to attend such training.

15.      **LEAVE IN CONNECTION WITH A PERMANENT CHANGE OF STATION.** Nontemporary employees who are making a permanent change of official station may be granted official leave, *not to exceed 40 hours*, to enable them to make the necessary pre and post-moving arrangements. The maximum of 40 hours of official leave includes the approved round trip period of absence for which travel expenses are reimbursable. The 40 hours may be granted only for a move to or within EEOC in the interest of EEOC's needs and programs. The official leave is not affected by any leave granted by another agency from which the employee is transferring.

16.      **LEAVE FOR PARTICIPATION IN EMERGENCY RESCUE OR PROTECTIVE WORK.** Employees may be excused from work without charge of leave to help in emergency rescue or protective work during official working hours. Emergency situations include, but are not limited to, extreme weather conditions, civil disturbances, and disasters such as fire, flood, or other disaster situations.

17.      **FOR HEALTH SCREENINGS**. An employee with less that eighty (80) hours of sick leave may take up to 4 hours of administrative leave in a leave year for the purpose of health screenings for a mammogram, prostate screening, pap smear, and blood pressure and cholesterol checks. The administrative leave must be requested in advance on an OPM Form 71 and approved by the employee's supervisor. The employee must provide documentation of the screening to the supervisor.

18.      **ADMINISTRATIVE DISMISSAL OF EMPLOYEES (GROUP DISMISSALS)**. Regular employees may be relieved from duty without charge leave to the extent warranted by good administration for short periods of time when one or more of the following conditions exists:

    **a.**    **Normal operations** of an office are interrupted by events beyond the control of management or employees;

    **b.**    **For managerial reasons,** the closing of an office or building is required for short periods; or

    **c.**    **It is in the public interest** to relieve employees from work to participate in civil service activities which the Government is interested in encouraging; and

    **d.**    **For field offices**, such action has been determined appropriate by the District Director. The Director, Office of Field Programs will be notified of the closing.

    **e.**    **For Headquarters**, the action will be recommended by the Chief Human Capital Officer to the Chair or his or her designee, who will approve or disapprove the request.

**19.**    **LEAVE FOR HAZARDOUS WEATHER AND SIMILAR HAZARDOUS CONDITIONS AND EMERGENCIES.**

    **a.**    **Dismissal Policy.** EEOC will excuse employees from duty during hazardous weather or other emergencies which disrupt travel, unless the employees have been designated as essential employees and have been notified that they must report to work during hazardous weather or other emergency situations.

        (1)    **Washington Metropolitan Area.** When emergency conditions occur, EEOC will act in accordance with the decision of the Chair, which must be based on a finding by the District of Columbia government or the U.S. Office Personnel Management that conditions are, or will be such, that dismissal of government employees is necessary to reduce the probability of extremely serious and hazardous traffic congestion and driving conditions.

        (2)     **Outside the Washington Metropolitan Area.** When a state or local authority publicly declares that weather conditions in an employee's residential area or the office area are extremely hazardous and that driving should be limited to that which is absolutely necessary, the District, Area or Local Office Director may grant employees excused absence. This action shall be taken in consultation with any Federal Executive Board in the area. This policy applies only to employees stationed outside the Washington metropolitan area and who are not on scheduled leave.

**b.**     **Policy on Excusing Tardiness.** When unusually severe weather or traffic-conditions exist, supervisors may excuse tardiness not reasonably avoidable by employees. This constitutes an exception to the 15 minute limitation on the amount of tardiness which can be excused without charge to leave.

**c.**     **Notifying Employees of Early Dismissals**.

        (1)     **Washington, D.C.** The Chief Human Capital Officer upon receipt of dismissal notice from the Chair or his or her designee, will notify Office Directors who in turn will notify nonessential employees.

        (2)     **Field Office Locations**. District Directors and/or Area or Local Office Directors shall notify their employees.

**d.**     **Notifying Employees of Closings Before Regular Opening Hours**

        (1)     **Washington Metropolitan Area.** Announcements of the closing of government offices are made over local radio and television stations and by the press. These announcements shall excuse all EEOC employees from reporting for duty except those who have been advised in advance by their offices that they are essential employees and will be expected to be at work regardless of emergency conditions.

(2)     **Field Office Locations.**  When a District, Area or Local Office Director decides during non-work hours to excuse employees from duty, he or she shall arrange for announcement of this fact on local radio and/or television stations if the action has not already been taken by the Federal Executive Board or another Federal authority.  If a public announcement is not possible, the District, Area or local Office Director may determine retroactively that employees who could not report for duty because of the emergency shall be granted official leave for their absence.  The Director, Office of Field Programs will be notified prior to the announcement if possible, or as soon as possible thereafter.

e.     **Rules for Granting and Charging Leave.**

(1)     **Prior to Regular Opening Hours.**  When Federal offices are closed before the 5th hour after scheduled opening during mass emergency situations, the following shall apply:

(a)     Employees on scheduled leave shall be charged leave for the full day;

(b)     Employees referred to as critical employees, who do not report for duty shall be charged leave for the full day; and

(c)     Employees not identified as critical, who are not on scheduled leave, shall not be charged leave for any part of the day.

(2)     **Dismissal Prior to Regular Closing Hours.**  Employees on duty at time of dismissal will be excused without charge to leave (except those referred to in paragraph 18f below).  Employees not on duty at the time of dismissal will be charged leave as follows:

(a)     Employees on scheduled leave with no expectation of return to duty before the close of the workday shall be charged leave from the beginning of the scheduled leave to the close of their regular workday;

        (b)     Employees not on scheduled leave who do not report for duty shall be charged AWOL for the full day. The employee may be allowed to request annual leave, sick leave, or LWOP, as appropriate;

        (c)     Employees on scheduled leave with the expectation that they will return to duty before the close of the day shall be charged leave from the beginning of the scheduled leave absence to the time of dismissal; and

        (d)     Employees who are on duty when notified of scheduled early dismissal, and who request and are granted annual leave between the notice of dismissal and the actual dismissal shall not be charged leave from the time of actual dismissal to the end of the workday.

    **f.**     **Employees Who May Be Required To Report For Duty When Federal Offices Are Closed Or To Remain On The Job Regardless Of Conditions.** Under certain conditions, some employees may be required to report for duty or to remain on the job when employees generally are excused. As the occasion arises, individual notifications of the need for their services will be given by supervisors to any such "essential employees." The Office or District Director will first consider the necessity of the duty to be performed. In addition, he or she will ensure insofar as possible in the time allowed that, in selecting the employee, the availability and convenience to the employee, the accessibility to the facility to and from his or her home, and the safest means of transportation available are fully considered. There is no authority to pay premium compensation of any kind or to grant compensatory time to employees who, under certain weather conditions, are required to report for duty or to remain on the job during hours constituting their regular workweek.

**20.**     **LEAVE DURING FULL-TIME OUTSIDE TRAINING.**

    **a.**     During full-time outside training which an employee is directed to attend or when the training is at the expense of the Government, biweekly accruals of annual and sick leave shall be credited and charged and the employee will be considered in official duty status with no charge to leave, except as set forth in paragraph b. below.

   **b.**      **Special Provisions for Charging Leave**.

   (1)    **When to Charge Leave.**  If an employee does not attend a scheduled class on a day when class is held, one hour of annual or sick leave, as appropriate, shall be charged for each class hour not attended.

   (2)    **When Not To Charge Leave.**  Leave shall not be charged:

        (a)    If an employee is unable to attend a class because of the closing of the training institution for other than extended periods.  Extended periods include Christmas and Easter holidays, semester breaks, etc.;

        (b)    Unless there is an agreement between EEOC and the employee which states that the employee's service will be utilized during such periods as Christmas and Easter holidays, spring vacation, semester breaks, etc.  If the employee justifies to the supervisor the need to utilize the time for study, no leave shall be charged.

<u>Order 550.007</u>                                                                                           **01/06**

**APPENDIX I**

**ABSENCE WITHOUT LEAVE**.

1.      **GENERAL.**   Absence without leave (AWOL) is an absence from duty that is not authorized or for which a request for leave has been denied.  It is not a penalty although it may be the basis for disciplinary action.  The employee receives no pay for the period of the absence.

2.      **WHEN TO CHARGE.**  A supervisor may not charge an employee leave in the absence of a leave request (verbal or written) from the employee.  Therefore, when an employee is absent from work, without approved leave, the supervisor shall place the employee in AWOL status.

3.      **CHANGES**.  If the absence is later excused because the circumstances surrounding the absence are such that the absence would have been approved, the charge to AWOL may be changed to the appropriate approved leave account.  Absence without leave is charged in exact minutes and/or hours.

<u>Order 550.007</u>                                                                                          **01/06**

                                                                                          **APPENDIX J**


**VOLUNTARY LEAVE TRANSFER PROGRAM**


1.      **PURPOSE.**  This appendix describes the policy and procedures for the EEOC Voluntary Leave Transfer Program as authorized by 5 C.F.R. 630.  This Program allows an employee with a medical emergency or with a family member who has a medical emergency requiring care by the employee, the duration of which will result in the employee being in a LWOP status for at least 24 hours, to receive annual leave donations from other Federal employees.  It also allows for Federal employees to donate annual leave to employees approved for the Program.


2.      **REQUESTS TO PARTICIPATE IN THE PROGRAM.**


        a.      The requesting employee or his or her representative shall prepare a request to participate in the Program and submit it to their respective District or Office Director.  If the employee is not capable of making the request, a Union representative or another employee may serve as the employee's representative. If requested by the employee or a member of the employee's immediate family, a staff member of the Office of Human Resources or field office Human Resource Specialist/Administrative Officer shall serve as the employee's representative.


        b.      The request may be made by memorandum, on OPM Form 630, or a similar form. It must include the following information:


                (1)     The employee's full name;


                (2)     Social Security Number;


                (3)     Position title, series, grade, step and annual salary;


                (4)     Organization location;


                (5)     A brief description of the nature, severity and anticipated duration of the medical emergency;

                                                J-1

**Appendix J, Order 550.007**                                                    **01/06**

      (6)     An estimate of the amount of leave required;

      (7)     The employee's current sick and annual leave balances as shown on the most current Pay and Leave Statement; and

      (8)     Appropriate medical documentation.

**3.**    **REQUEST REVIEW AND APPROVAL.**  Upon receipt of the request and attached documentation, the Office or District Director will:

    **a.**    Verify the accuracy of the contents of the request including:

      (1)     Leave balances; and

      (2)     The nature of the emergency requiring the employee to be absent from work at least 24 hours without available paid leave disregarding any advanced leave.

    **b.**    Verify the medical situation or condition involving the employee or the employee's family member.

    **c.**    Approve or disapprove the employee's request and notify the employee in writing within 10 work days.

    **d.**    If approved, forward the decision to the Chief Human Capital Officer for processing.

    **e.**    If disapproved, provide the reason for the denial in the notification to the employee and notice of the right to request a review of the disapproval by the Chief Human Capital Officer.

**4.      REQUEST FOR REVIEW OF DISAPPROVALS.**

**a.**     Employees may request in writing that a disapproval of their application for voluntary leave transfer be reviewed by the Chief Human Capital Officer.  The request must include a copy of the disapproval notice.

**b.**     The Chief Human Capital Officer must render a decision on the request within 10 work days after its receipt.  It the request is disapproved, the employee must be provided the specific reasons for the denial.

**5.      LEAVE DONORS.**

**a.**     **Within EEOC.**  A donating employee shall prepare an OPM Form 630A or similar request and submit it through his or her timekeeper to the Office of Human Resources.  The timekeeper will keep a copy of the request and verify that the donation is made.

**b.**     **From another Federal Agency.**  A donating employee shall prepare an OPM Form 630B, an equivalent federal agency form, or similar request and route it according to his or her Agency's procedures to the EEOC Office of Human Resources.

**c.**     The request shall include:

(1)     The employee's full name, position title, series, grade, step level and salary, social security number; and

(2)     The name of the specific employee for which the donation is intended;

(3)     If it is a non-specific donation, a statement to this effect must be included;

(4)     The amount of leave to be donated; and

J-3

(5)     The donating employee's current annual leave balances as shown on the current Pay and Leave Statement.

**d.**     The Office of Human Resources will verify the donor's employment and leave information, and if it is in concurrence with the criteria for donation as shown in 6 below, will arrange for transfer of the leave as designated in the donation request.

**e.**     Donations by EEOC employees to employees of other Federal agencies will be done in accordance with the recipient's agency's policies and procedures.

**6.**     **CRITERIA FOR LEAVE TRANSFER**.

**a.**     Only accrued Annual Leave may be transferred from the donor to the recipient.

**b.**     The recipient must:

(1)     Be expecting a period of absence from duty without pay of 24 or more hours due to a medical emergency; and

(2)     The medical emergency involves a medical condition of the employee or the employee's spouse, children, parents, siblings, in-laws, and any other individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

**c.**     The donor:

(1)     May not donate leave to his or her immediate supervisor;

(2)     In one year, may not donate more than one half of the amount of annual leave the employee would accrue in the year in which the donation is made;

Case: 1:20-cv-02111 Document #: 87-4 Filed: 05/04/22 Page 60 of 69 PageID #:2083

(3)     If the employee is projected to have annual leave that would otherwise be subject to forfeiture at the end of the leave year, may donate no more than the number of hours remaining in the leave year; and

(4)     The criteria in (3) and (4) above may be waived in unusual circumstances upon written request to the appropriate District or Office Director who will review the request and approve or disapprove as appropriate.

7.     **CONFIDENTIALITY.**  Although the purpose of this program is to allow EEOC and other Federal employees to assist an employee with a personal emergency, the manner in which this is conducted must acknowledge the confidential nature of the situation. Therefore, all publicity associated with the leave transfer program will adhere to the following procedures:

**a.**     The leave recipient must request the publication of his or her need for leave;

**b.**     Announcements will be in the form of a memorandum sent to the leave recipient's office or to a larger EEOC audience via  mail and/or electronic means.  It does not have to identify the recipient;

8.     **USE OF TRANSFERRED LEAVE**.  The EEOC payroll system automatically credits donated leave against periods of leave without pay or advanced sick leave that is coded as used for the medical emergency.  It is the supervisor's responsibility to assure that the employee's timekeeper is coding the leave correctly.

**a**.     The transferred leave may be used to retroactively cover periods of LWOP which were the result of the medical emergency, and to liquidate the indebtedness for advanced leave granted (sick and annual) after the beginning of the medical emergency.

**b.**     The limitation of annual leave carryover to 30 days does *not* apply to transferred leave.

9.      **RESTRICTIONS ON TRANSFERRED LEAVE**.

   **a.**      Transferred leave may not be transferred from the account of one leave recipient to another leave recipient.

   **b.**      Transferred leave is not considered in any lump-sum payments.

   **c.**      Transferred leave is not available for recredit if the employee leaves federal employment and is subsequently reemployed.

10.     **DURATION OF THE MEDICAL EMERGENCY**.

   **a.**      The beginning of the medical emergency will be determined at the time the leave request is approved and will be based on the events or projected events associated with the first 24 or more hours in a non-pay status, or in the case of a part-time employee, at least 30 percent of the average number of hours in the employee's weekly scheduled tour of duty.

   **b.**      **The medical emergency will be terminated:**

      (1)      On the date the leave recipient's federal service is terminated (transferred leave may be transferred to another Federal agency); or

      (2)      At the end of the pay period when the appropriate District or Office Director determines that the leave recipient is no longer affected by the events leading to the medical emergency.  The Director will promptly notify OHR of this determination; or

      (3)      At the end of the pay period in which EEOC is notified by OPM of the approval of the leave recipient's application for disability retirement.

**11.**     **RESTORATION OF TRANSFERRED ANNUAL LEAVE**

    **a.**     Upon determination of the end of the medical emergency, any remaining donated leave will be returned to the donors.

    **b.**     **In cases of multiple donors,** the amount of leave restored to each donor will be determined proportionately as follows:

        (1)     Divide the number of hours of unused transferred annual leave by the total number of hours of annual leave transferred to the leave recipient;

        (2)     Multiply the ratio obtained in step (1) by the number of hours of annual leave transferred by each donor currently employed in EEOC; and

        (3)     Round the results obtained to the nearest 10 minute period (leave unit).

        (4)     If the total number of eligible donors exceeds the total number of leave units to be restored, no unused transferred leave shall be restored. Excess leave left over after applying the above formula will not be restored. However, the leave shall be removed from the leave recipient's account.

    **c.**     Restored transferred annual leave will not be credited in excess of the amount of the leave the leave donor originally transferred to the leave recipient.

    **d.**     At the election of the leave donor, the restored transferred leave shall be:

        (1)     Credited to the leave donor's annual leave account in the current leave year; or

        (2)     Donated whole or in part to another leave recipient. If it is a partial donation, the remaining balance may be credited as described in 11.a.

**e.**     If the leave donor retires or is otherwise separated from Federal service, the unused leave will not be restored.

**12.     ACCRUAL OF ANNUAL AND SICK LEAVE**

**a.**     The leave recipient will continue to earn annual and sick leave at the same rate when using the transferred leave as when using annual or sick leave.

**b.**     The maximum amount of leave that may be accrued by a leave recipient is 40 hours of annual leave and 40 hours of sick leave.  For part-time employees or employees with uncommon tours of duty, the maximum amount of annual or sick leave that may be accrued is the average number of hours of work in the employee's weekly scheduled tour of duty.  The limitation on sick leave does not apply when the sick leave is not available for the employee's use, i.e., the medical emergency does not meet the criteria for the use of sick leave or the employee's accumulated sick leave is in excess of the amount of sick leave allowed by law or regulations for use.

**c.**     The annual and, if appropriate, sick leave accrued under Section 12. b. above shall be credited in accounts separate from the leave recipient's regular leave accounts, and shall become available for use:

(1)     At the beginning of the first pay period beginning on or after the date of the termination of the leave recipient's medical emergency; or

(2)     If the medical emergency has not yet terminated, once the leave recipient has exhausted all transferred leave made available to him or her.

**d.**     If the leave recipient's federal service is terminated, the leave accrued under section 12.b. above will *not* be credited to the leave recipient's regular leave account.

**e.**     Annual leave and, if appropriate, sick leave in excess of the amounts placed in separate accounts shall be used as accrued prior to the use of transferred leave.

<u>Order 550.007</u>                                                                                       **01/06**

**APPENDIX K**

**LEGAL HOLIDAYS AND RELIGIOUS OBSERVANCES**

**1.** **DESIGNATED LEGAL HOLIDAYS** are:

| | |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans Day | November 11 |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | December 25 |
| Inauguration Day | Washington Metropolitan area only |

**2.** **OBSERVATION OF HOLIDAYS**.

    **a.** **For employees working a regular five-day, forty-hour workweek:**

        (1)    If a legal holiday occurs on a Saturday, the holiday is observed on the preceding Friday; and

K-1

    (2)    If a legal holiday occurs on a Sunday, the holiday is observed on the following Monday.

    **b.**    **For employees working a 5-4/9 compressed workweek,** if a legal holiday occurs on a day that the employee is not scheduled to work, they shall observe the holiday on the next workday, except as follows in 2.c. below.

    **c.**    **When an employee has three consecutive non-workdays off** (i.e., Friday or Monday, and Saturday and Sunday) and the holiday occurs on one of these non-workdays, the following rules apply:

    (1)    When the holiday falls on the employee's first or second non-workday, the preceding workday shall be designated as the employee's holiday (i.e., Thursday if the employee is off on Friday, Saturday and Sunday, or Friday if the employee is off on Saturday, Sunday and Monday); and

    (2)    When the holiday falls on the third non-workday, the next workday shall be designated as the employee's holiday (i.e., Monday if the employee is off on Friday, Saturday and Sunday, or Tuesday if the employee is off on Saturday, Sunday and Monday). District and Office Directors may allow variations of this rule, with the concurrence of the impacted employees, when the work of the Office would suffer.

**3.**    **RELIGIOUS OBSERVANCES.** Employees whose personal religious beliefs require time off from work during certain periods may, at their option and with their supervisor's permission, make up the time by working compensatory time before or after the time off.

    **a.**    An employee who elects to work compensatory time for this purpose is entitled to an equal amount of compensatory time off (hour for hour) from his or her scheduled tour of duty.

    **b.**    A grant of advanced compensatory time off must be repaid by the appropriate amount of compensatory time within a mutually agreed upon time with the employee's supervisor.

    **c.**         An employee's request to work compensatory time or to take compensatory time off for this purpose may be disapproved by his or her supervisor if such modifications to work schedules would interfere with the efficient accomplishment of the agency's mission.

<u>**Order 550.007**</u>                                                           **01/06**

**APPENDIX F**

**LEAVE WITHOUT PAY**

1.     **GENERAL.** Leave without pay is a temporary, non-pay status and absence from duty that may be granted upon an employee's request. LWOP may be granted only for those hours of duty that comprise an employee's basic workweek. The permissive nature of LWOP distinguishes it from absence without leave (AWOL), which is an absence from duty that is not authorized or approved (including leave not approved until required documentation is submitted), or for which a leave request has been denied.

2.     **REQUESTING LWOP.**

      a.     Authorization of leave without pay is a matter of administrative discretion. Except for disabled veterans needing medical treatment and reservists, National Guardsmen requiring leave for military training, and employees properly invoking the Family and Medical Leave Act (See Appendix G), employees may not demand LWOP as a matter of right.

      b.     Employees should submit an OPM Form 71 to their supervisor with the reason for the request stated in the "Remarks" space and, if illness, disability or injury is the reason, a doctor's certificate shall accompany the request. Requests for extensions include the same requirements.

3.     **GRANTING LWOP.**

      a.     Generally, LWOP is granted in the amounts prescribed below, and only when the employee is reasonably expected to return to duty after expiration of the LWOP. Requests for approval of LWOP or extensions thereof that result in LWOP in excess of six months, except for approved Office of Workers' Compensation Programs (OWCP) claims, must be approved by the Chair or his or her designee. Extensions of LWOP will be carefully scrutinized.

USA-GONZALEZ_005917

**b.**     When LWOP is requested the appproving official should consider  the employee's fulfillment of parental or family responsibilities, increased job ability, protection or improvement of the employee's health, retention of a desirable employee, or furtherance of a program of interest to the Government (e.g., Peace Corps volunteers).  Other matters to consider are the Agency's mission, its obligation to continue payments for benefits, the difficulty in locating a replacement for a limited period, and the obligation to provide employment upon the employee's return to duty.

**c.**     If LWOP is approved, the Office of Human Resources or field Human Resources Specialist or Administrative Officer will notify the employee of the effect of the non-pay status on his or her health insurance, life insurance, and creditable service for retirement.

**d.**     LWOP will not be granted for the purpose of private employment.

**e.**     Unless unusual circumstances exist or the reason for the LWOP is to further a program of interest to the Government, LWOP will not be authorized initially for any period in excess of 1 year.

**4.     APPROVAL.**

**a.**     Brief absences for LWOP not in excess of 10 calendar days may be approved by supervisors.  Application will be made on an OPM Form 71, *Application for Leave*.  Requests for LWOP in excess of 10 days and up to and including 30 days require the approval of the appropriate Office or District Director, except in the case described in paragraph 4b below.

**b.**     Once OWCP has approved an employee's claim and the employee is disabled for work, he or she is placed in an LWOP status.  A SF-52, Request for Personnel Action, must be submitted when the LWOP is expected to extend beyond 80 hours.  If medical evidence and OWCP approval substantiate the time frame, an employee is entitled to up to one year of LWOP.  Headquarters and District Office Directors may approve such requests for LWOP up to one year.  After the one year period, LWOP may only be approved in six month increments by the appropriate Director in consultation with OHR.  When the employee returns to work  the supervisor will prepare a "Return to Duty" SF-52 and forward  it through supervisory channels to OHR for processing.

USA-GONZALEZ_005918

Case: 1:20-cv-02111 Document #: 87-4 Filed: 05/04/22 Page 69 of 69 PageID #:2092

**c.**     Absences for LWOP in excess of 30 days but less than six months require the approval of the Chief Human Capital Officer.  Those requests in excess of 6 months require the approval of the Chair or his or her designee.  Requests for approval of all LWOP in excess of thirty days shall be forwarded to the Chief Human Capital Officer by the appropriate Director, with the Director's recommendation based upon the criteria provided in paragraph 3, above. Requests should be made 30 days in advance of the need when possible.

**d.**     Requests for a period in excess of 30 days require the supervisor submit a SF-52 prepared stating the justification for the action.  The supervisor shall forward the SF-52 with the OPM Form 71 through supervisory channels for approval or disapproval.  If approved, the SF-52 is then transmitted to OHR for processing.

**e.**     When an employee returns to duty from LWOP in excess of 30 days, the supervisor will prepare a "Return to Duty" SF-52 and forward  it through supervisory channels to OHR for processing.

| LWOP Approval Authority | |
| --- | --- |
| **Amount** | **Approval required** |
| Ten days or less | Immediate Supervisor |
| Eleven  to Thirty days | District or Office Director |
| Thirty-one days to six months | Chief Human Capital Officer |
| Over six months | Chair or designee |

USA-GONZALEZ_005919