# Exhibit F



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH (312) 869-8000
TTY (312) 869-8001

TO: Elizabeth Gonzalez, Intake Information Representative

FROM: Tyrone Irvin, Enforcement Supervisor

SUBJECT: Termination During Probationary Period

DATE: November 25, 2015

This is to inform you that your employment as an Intake Information Representative (IIR), GS-05, in the Chicago District Office will be terminated effective close of business on November 30, 2015. This action is being taken because you failed to maintain a regular work schedule in your position. Specifically, you have excessive unscheduled absences from work. This action is in accordance with 5 CFR 315.804.

Your employment as an IIR with the Commission began on December 1, 2014. Your attendance was acceptable until approximately May of 2015. Since that time, however, you have frequently been absent from work. Specifically, you have used 252.30 hours leave without pay (LWOP) beginning in March of 2015 (Pay period 8) through November of 2015 (Pay period 25). You have also used 96.00 hours of annual leave and 95.45 hours of sick leave to cover your absences. In each pay period since March of 2015, you have used some combination of annual leave, sick leave and/or LWOP to cover your absences. In pay period 19 of this year, you used 62 hours of LWOP, which was more than 50% of your time for that pay period. In July of 2015 and again in August of 2015, I had conversations with you pertaining to your frequent absences from work and the possibility that you could be discharged as a probationary employee if your attendance did not improve. During those conversations, you informed me that your absences were caused by stress from events in your private life. I directed you to EAP and the ADA Reasonable Accommodation Coordinator in Headquarters in an attempt to alleviate stress and improve your attendance. I have not been contacted by either program since our last discussion. The Enforcement Manager, Patricia Jaramillo, had a conversation with you in November of 2015 concerning your attendance issues. According to Ms. Jaramillo, the solutions discussed were not feasible, nor did you indicate you would attempt to improve on your attendance at work.

I have counseled you on various occasions on the necessity for you to improve your attendance at work. Despite attempts to get you to improve your attendance, you continued to be absent from work. Your absences have negatively impacted the operations of the office. There are only three (3) other IIRs and they have had to assume your duties in addition to their regular responsibilities when you are absent. Notwithstanding the fact that these absences have been approved (LWOP is considered a temporary, non-pay status requested by the employee and authorized at the discretion of the Agency) and may have been for reasons beyond your control, the position you occupy needs to be filled by someone who is available for duty on a regular, full-time basis, and is able to maintain a regular work schedule which you have failed to do since May of 2015. As a result, I find you are unsuitable for federal service due to your failure to

maintain a regular work schedule in your position, and your termination will promote the efficiency of the federal service.

If you believe that your termination is due to partisan political reasons or marital status, you may appeal this action to the Merit Systems Protection Board (MSPB). Your appeal must be filed within thirty (30) days from the effective date of your termination to the Regional Director, MSPB, at 230 South Dearborn Street, 31st Floor, Chicago, Illinois. Your appeal must be in writing and give the reasons for contesting your removal.

If you believe this action is due to discrimination, you may file an EEO complaint with EEOC's Office of Equal Employment Opportunity at 131 M Street, NE, 6th Floor, Washington, DC, within 45 days of the date of this action.

Any Agency materials you possess, including but not limited to work products and keys should be returned to me by close of business on November 30, 2015.

If you have any questions about this notice, you may direct them to Steven H. Schuster, Attorney Advisor in the Office of the Chief Human Capital Officer, on 202-663-4557.

ACKNOWLEDGEMENT OF RECEIPT:

_____          _____
Elizabeth Gonzalez                                              Date

GONZALEZ 2016 OHA REUSE 0004770
Gonzalez_004770