# Exhibit G

# Employee Statement

**GONZALEZ ELIZABETH**

Pay Period: 2015 – 19 (08/23/2015 – 09/05/2015)

Date Released: 09/02/2015

10/12/2021

## Payroll Week: 1

| Code | Description | Sun 08/23 | Mon 08/24 | Tue 08/25 | Wed 08/26 | Thu 08/27 | Fri 08/28 | Sat 08/29 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Code | Project Code | | | | | | | | | | | |
| | | | | | | S | E | B | OccS | PC | TI | |
| 101 | LEAVE WITHOUT PAY--USED | | 9:00 | 9:00 | 9:00 | 9:00 | 8:00 | | | | | |
| PN | | | | | | | | | | | | |
| | Total | | 9:00 | 9:00 | 9:00 | 9:00 | 8:00 | | Weekly Total Hours: | | | 44:00 |
| | Status | REL | REL | REL | REL | REL | REL | REL | | | | |

## Payroll Week: 2

| Code | Description | Sun 08/30 | Mon 08/31 | Tue 09/01 | Wed 09/02 | Thu 09/03 | Fri 09/04 | Sat 09/05 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Code | Project Code | | | | | | | | | | | |
| | | | | | | S | E | B | OccS | PC | TI | |
| 010 | REGULAR | | | | 9:00 | 9:00 | | | | | | |
| PN | | | | | | | | | | | | |
| 101 | LEAVE WITHOUT PAY--USED | | 9:00 | 9:00 | | | | | | | | |
| PN | | | | | | | | | | | | |
| | Total | | 9:00 | 9:00 | 9:00 | 9:00 | | | Weekly Total Hours: | | | 36:00 |
| | Status | REL | REL | REL | REL | REL | REL | REL | Pay Period Total: | | | 80:00 |

## Leave Balances:

| Rollup | Leave Type | Forward | Accrued | YTD Available | Used | YTD | Balance |
|---|---|---|---|---|---|---|---|
| 02X | ANNUAL | 3:15 | | 60:00 | 3:15 | 68:45 | 3:15 |
| 03X | SICK | 5:30 | | 60:00 | 5:30 | 66:30 | 5:30 |
| 101 | LWOP | | | | 62:00 | 184:00 | |

Verified by: TAYLOR HORICE 09/01/2015
Validated by: TAYLOR HORICE 09/01/2015
Certified by: IRVIN TYRONE A 09/01/2015

**Employee Statement**  10/12/2021
GONZALEZ ELIZABETH
Pay Period: 2015 – 19 (08/23/2015 – 09/05/2015)
Date Released: 09/02/2015

**Payroll Week: 1**

| Code | Description | Sun 08/23 | Mon 08/24 | Tue 08/25 | Wed 08/26 | Thu 08/27 | Fri 08/28 | Sat 08/29 | | |
|------|-------------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|---|---|

Activity Code | Project Code

| | | | | | S | E | B | OccS | PC | TI |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | LEAVE WITHOUT PAY–USED | | | | | | | | | |
| PN | | 9:00 | 9:00 | 9:00 | 9:00 | 8:00 | | | | |
| | Total | 9:00 | 9:00 | 9:00 | 9:00 | 8:00 | | Weekly Total Hours: | 44:00 | |
| | Status | REL | REL | REL | REL | REL | REL | REL | | |

**Payroll Week: 2**

| Code | Description | Sun 08/30 | Mon 08/31 | Tue 09/01 | Wed 09/02 | Thu 09/03 | Fri 09/04 | Sat 09/05 |
|------|-------------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|

Activity Code | Project Code

| | | | | | S | E | B | OccS | PC | TI |
|---|---|---|---|---|---|---|---|---|---|---|
| 010 | REGULAR | | | | 9:00 | 9:00 | | | | |
| PN | | | | | | | | | | |
| 101 | LEAVE WITHOUT PAY–USED | | 9:00 | 9:00 | | | | | | |
| PN | | | | | | | | | | |
| | Total | 9:00 | 9:00 | 9:00 | 9:00 | | | Weekly Total Hours: | 36:00 | |
| | Status | REL | REL | REL | REL | REL | REL | REL | Pay Period Total: | 80:00 |

**Leave Balances:**

| Rollup | Leave Type | Forward | Accrued | YTD Available | Used | YTD | Balance |
|--------|------------|---------|---------|---------------|------|-----|---------|
| 02X | ANNUAL | 3:15 | | 60:00 | 3:15 | 68:45 | 3:15 |
| 03X | SICK | 5:30 | | 60:00 | 5:30 | 66:30 | 5:30 |
| 101 | LWOP | | | | 62:00 | 184:00 | |

Verified by:  TAYLOR HORICE    09/01/2015
Validated by: TAYLOR HORICE    09/01/2015
Certified by: IRVIN TYRONE A   09/01/2015