# Exhibit Y

## **DECLARATION OF HAROLD SNEATH**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am Harold Sneath, and my current position is Contract Investigator. As of spring 2016, I have worked as a Contract Investigator with ADC LTD NM where I perform background investigations into applicants for federal jobs.

2. In early 2018, I did a background investigation for Elizabeth Gonzalez who was at that time applying to Customs Border Protection.

3. A true and accurate copy of my report of investigation is attached as Exhibit A, although it has been redacted and is only a partial copy.

4. As stated in my Report of Investigation, I went to the EEOC's office in Chicago and left my card at the front desk for Tyrone Irvin or Jose Romo. I never received a return call, nor received any information, positive or negative, about Elizabeth Gonzalez from Tyrone Irvin or Jose Romo. I also never received any other substantive information from any other EEOC employee about Elizabeth Gonzalez's employment at the EEOC.

5. Yolonda Tanks was a TSA employee. Her name was inadvertently repeated in paragraph 10 in error. Yolonda Tanks was interviewed earlier as a TSA employer reference and has no affiliation with EEOC.

DATE: April 08, 2022

Harold Sneath
Contract Investigator
ADC LTD NM

1

NAME : GONZALEZ, Elizabeth
SSN : ███████

# REPORT OF INVESTIGATION

| SUBJECT: | GONZALEZ, Elizabeth | DATE: | April 9, 2018 |
| --- | --- | --- | --- |
| AKA: | N/A | CASE NO: | (b) (2), (b) (7)(E) |
| POSITION: | Other | INV. CRED: | (b)(6), (b)(7)(C) |
| SSN: | ███████ | | |
| DPOB: | ███████ / Chicago, IL | | |

TYPE OF INVESTIGATION: Tier 5
CORRECTED: ☐
SUPPLEMENTAL: ☐
DISCONTINUED CASE: ☐

| SYNOPSIS OF LEADS ADDRESSED BY ROI | | |
| --- | --- | --- |
| I. | SUBJECT INTERVIEW: | See ROI Comments |
| II. | EDUCATION: | N/A |
| III. | EDUCATION REFERENCES: | N/A |
| IV. | MILITARY SERVICE: | See ROI Comments |
| V. | MILITARY REFERENCES: | N/A |
| VI. | EMPLOYMENT: | See ROI Comments |
| VII. | EMPLOYMENT REFERENCES: | See ROI Comments |
| VIII. | UNEMPLOYMENT: | See ROI Comments |
| IX. | LISTED REFERENCES: | See ROI Comments |
| X. | DEVELOPED REFERENCES: | See ROI Comments |
| XI. | RESIDENCE: | N/A |
| XII. | RESIDENCE REFERENCES: | See ROI Comments |
| XIII. | LOCAL AGENCY CHECK: | See ROI Comments |
| XIV. | COURT CHECK: | N/A |
| XV. | FORMER SPOUSE: | N/A |
| XVI. | MEDICAL RECORDS | N/A |
| XVII. | MEDICAL INTERVIEW: | See ROI Comments |
| XVIII. | OTHER: | N/A |
| XIX. | ATTACHMENTS | N/A |
| XX. | CONFIDENTIAL SOURCE: | N/A |

All witnesses interviewed were advised of the Privacy Act of 1974 as it applies to disclosure of their identity as a source of information to the person under investigation. All individuals providing information for this Report of Investigation (ROI) were interviewed personally unless otherwise indicated. Their applicable comments about Subject's character, reputation, integrity, emotional stability, associates, loyalty and suitability for employment, position of trust or access to classified information are included in the appropriate ROI section.

APPROVED BY: (b)(6), (b)(7)(C)    Date: April 9, 2018

OFFICIAL USE ONLY
Department of Homeland Security, Bureau of Customs and Border Protection

1

NAME  : GONZALEZ, Elizabeth
SSN   : ███

## EMPLOYMENT

9. U.S. Equal Employment Opportunity Commission (EEOC), 500 W., Madison St., Chicago, IL, Information Intake Representative, from June 19, 2014 to November 25, 2015, Subject resigned, is eligible for rehire; annual salary of $35,005 was paid bi-weekly. There were no derogatory or disciplinary issues on file. Records were personally reviewed.

This investigator met with Yolonda Tanks in private location and reviewed her personnel file. Tanks advised this Investigator that Subject was still with TSA on a part-time call-in basis; however, Transportation Security Administration (TSA) and EEOC are in no way

9

NAME : GONZALEZ, Elizabeth
SSN : █████████

related. Tanks was not able to provide information regarding Subject's TSA former federal employment. [February 22, 2018 ███████]

## EMPLOYMENT REFERENCES

10. Attempts to obtain employment references for Subject's employment with EEOC came back with negative results. During this investigator's canvassing of employment, listed supervisor, Tyrone Irvin, and listed coworker, Jose Romo, were not on-site, but in mediation. Cards were left for both references with Yolonda Tanks who stated she would pass them along. As of March 13, 2018, this investigator has not received a response from Irvin or Romo. Subject was contacted and advised she was not able to provide any additional leads or sources regarding this employment. [February 22, March 13, 2018] ███████

## EMPLOYMENT

11. United States Deparment of Homeland Security, Transportation Security Officer,