# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GONZALEZ, | |
| Plaintiff, | No. 1:20-cv-02111 |
| v. | Judge Matthew F. Kennelly |
| JANET DHILLON, Chair of the U.S. Equal Employment Opportunity Commission, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff Elizabeth Gonzalez requests leave of court to withdraw Brian Watson as appointed counsel under Local Rules 83.17, 83.38, 83.50, and 83.39 and Illinois Rule of Professional Conduct 1.16. In support of withdrawal, Plaintiff states that:

1. The Court appointed Brian Watson as counsel under Local Rule 83.37, and Brian Watson entered an appearance on November 2, 2020. ECF No. 21.

2. Plaintiff Elizabeth Gonzalez has requested that Brian Watson withdraw as appointed counsel.

3. Plaintiff Elizabeth Gonzalez also does not consent to produce medical records in an unredacted format.

4. Local Rules 83.17, 83.38, 83.50, and 83.39 and Illinois Rule of Professional Conduct 1.16 require withdrawal of counsel under these circumstances.

5. Plaintiff Elizabeth Gonzalez has received a copy of this motion and can receive a copy of CM/ECF notice at elizabeth_gonz2@hotmail.com.

For these reasons, Plaintiff Elizabeth Gonzalez requests leave of court to withdraw Brian Watson as appointed counsel.

Dated: October 27, 2022

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
*Attorneys for Plaintiff Elizabeth Gonzalez*

4874-6793-2476, v. 1